UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02081-CAS-PD                 Date: August 15, 2025

Title     *Saldivar v. Riverside Police Department, et al.*

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

|  |  |
| --- | --- |
| Isabel Verduzco | CS 08/15/2025 |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:
Michel F. Mills                              Nadin S. Said

**Proceedings (In Chambers):     Plaintiff's Motions for Sanctions [Dkt. Nos. 144, 145]**

On August 15, 2025, the Court conducted a hearing on Plaintiff's Motion for Sanctions [Dkt. Nos. 144, 145]. The Court heard argument from counsel and ordered Defendant to file a supplemental pleading, as discussed on the record. That pleading must be filed by **September 18, 2025**. The Court will review the pleading and then issue an Order setting a deadline for Plaintiff's response and scheduling a subsequent hearing on the Motion.

IT IS SO ORDERED.

2:30