# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| DATE | EMAIL / CORRESPONDENCE | ATTACHMENTS/LINKS |
|---|---|---|
| 10/24/19 | RPD PRA response to Saldivar's PRA Request (request for RPD OIS documents and reports re Ernie's incident) | Produced by Mills as PfSaldivar 002118-002119 (See Plaintiff's link "12-01-23 Pltfs Discovery POD" which contains 02118-02119 for the Court's review: [12-01-23 Pltfs Discovery POD- CONFIDENTIAL] |
| 07/07/20 | Saldivar c/o Bonnie Garcia to RPD/ PRA request | Also produced by Mills as Pf Saldivar 002256-002259. (See pages DEF OPP0001-0006 of attached PDF) [Def Opp Bates Stamped Docs- CONFIDENTIAL] |
| 08/18/20 | City Response letter to Bonnie Garcia c/o Eric Saldivar re PRA: [Note: These records were also produced by City under Bates Numbers DEF 1060-1072 on 5/13/24 by Heather Gray] | PRA P18044194: https://www.riversideca.gov/cityclerk/boards-commissions/ communitypolice-review-commission/officer-involved-deaths-oid/officer-involved OIS 664/187 PC, Release to CPRC website 3/8/2018 P18044194 Fatal OIS: https://www.riversideca.gov/cityclerk/boards-commissions/community-police-reviewcommission/officer-involved-deaths-oid/officer-involved. (Wright / Soria) (See pages DEF OPP 0007-0008 of attached PDF) [Def Opp Bates Stamped Docs- CONFIDENTIAL] |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| 10/10/20 | City provides further PRA documents to Saldivar- 39 pages | (See pages DEF OPP 0013- 0051 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 11/08/22 | Subpoena Issued - California Institution for Men (CIM-DDCR) Re Visitation Records; Proof of Service to MMills dated 11/8/22 | (See pages DEF OPP 0052-0057 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 12/15/22 | CAO to Mills email re Date Requested for Meeting of Counsel re Rule 26 Joint Scheduling Order | (See pages DEF OPP 0058-0060 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 12/30/22 | CAO to Mills email re Early Meet and Confer re Rule 26 Joint Scheduling Order | (See pages DEF OPP0061 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 01/13/23 | CAO to Mills email re Early Meeting of Counsel re Rule 26 Joint Scheduling Order | (See pages DEF OPP 0062-0066 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 01/27/23 | Mills to CDCR email re Plaintiff Withdrawal of Objection to Subpoena re Mail/Call logs, Housing/Visitation History. | (See pages DEF OPP 0067-0069 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 02/01/23 | Mills to CAO email re Plaintiff's Initial Disclosure (Produced as Follows to Defendants as Exhibits A and B, on Feb. 1, 2023, already having received all this information and documents, totaling 1,139 pages): These are located under "Exhibit A tabs 00 to 40": | Five Zip Links: [Plaintiff Saldivar Initial Disclosure.pdf] [Saldivar POS.02.01.23.pdf] [Exhibit A Tabs 00 to 12.zip] [Exhibit A Tabs 13 to 20.zip] [Exhibit A Tabs 21 to 40.zip] [Exhibit B RPD Policy Manual 2017.zip] [Exhibit C Ernie Saldivar Death Cert.zip] (See pages DEF OPP 0070-0071 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| | 00 - Table of Contents — Adobe Acrobat Document<br>01 - Initial Report — Adobe Acrobat Document<br>02 - Witness Transport (Arrendondo) — Adobe Acrobat Document<br>03 - Perimeter (Chua) — Adobe Acrobat Document<br>04 - Canvass_Interior Perimeter Security (Gilbert) — Adobe Acrobat Document<br>05 - Perimeter (Hood) — Adobe Acrobat Document<br>06 - Interior Perimeter_Critical Incident Log (Matinez) — Adobe Acrobat Document<br>07 - Response (Noyes) — Adobe Acrobat Document<br>08 - Scene Supervision (Ricken) — Adobe Acrobat Document<br>09 - Response_Assist with transport of occupants — Adobe Acrobat Document<br>10 - Summary Interview Report & Incorporation of BOS Inter… — Adobe Acrobat Document<br>11 - Summary Interview Report & Incorporation of BOS Inter… — Adobe Acrobat Document<br>12 - Summary Interview Report & Incorporation of BOS Inter… — Adobe Acrobat Document<br><br>13 - Ofc. Park Interview and transcript<br>14 - Ofc. E. Wright Interview (Johnson)<br>15 - Interview with Ofc. Soria at JVS Captain's Conference Ro…<br>16 - Notification & Response (Johnson)<br>17 - Notification & Response to 9931 Willowbrook Rd., Jurup…<br>18 - Charting of RPD Officer Evan Wright (#1453)<br>19 - Charting of RPD Officer Abel Soria (#1567)<br>20 - Charting of RPD Officer Jeffery Pap #1668 | [2-1-23- Pltf's Initial Disclosure, Exhibits A-C- CONFIDENTIAL](#) |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| | 21 - Charting of RPD Officer Henry Park #1486 — Adobe Acrobat<br>22 - Charting of RPD Officer Sancho Lopez #1011 — Adobe Acrobat<br>23 - Charting of RPD Officer Robert Monreal #1616 — Adobe Acrobat<br>24 - Search Warrant preparation - 9133 Willowbrook Rd., Juru... — Adobe Acrobat<br>25 - Interview with Civilian — Adobe Acrobat<br>26 - Autopsy Report — Adobe Acrobat<br>27 - Incorporation of CAL-Fire Dispatch Incident Reports_Lo... — Adobe Acrobat<br>28 - Incorporation of RSO Dispatch Incident History Report_L... — Adobe Acrobat<br>29 - Notification & Response to Scene - 9931 Willowbrook A... — Adobe Acrobat<br>30 - Forensic Technitian Morrow's Identification Report docu... — Adobe Acrobat<br>31 - Forensic Tech Leon's Identification Report documenting ... — Adobe Acrobat<br>32 - Forensic Tech Scott's Identification Report documenting... — Adobe Acrobat<br>33 - 9931 Willowbrook Rd., Jurupa Valley scene to include no... — Adobe Acrobat<br>34 - Forensic Tech Whaley's Identification Report documenti... — Adobe Acrobat<br>35 - Identification Report prepared by Forensic Technician Al... — Adobe Acrobat<br>36 - C.A.T.C.H report reference surveillance video from 9949 ... — Adobe Acrobat<br>37 - Evidence reeleaase to RPD (Johnson). Intvw w RPD Det. ... — Adobe Acrobat<br>38 - RPD Digital Recorder track collection — Adobe Acrobat<br>39 - Incorporation Report - FT Muschell - Officer Charting — Adobe Acrobat<br>40 - Civilian Interview — Adobe Acrobat<br><br>Exhibit B RPD Policy Manual 2017.smaller — Adobe Acrobat Document<br><br>Exhibit C Ernie Saldivar Death Cert — Adobe Acrobat Document | |
| 02/01/23 | CAO to Mills email re Defendants' Initial Disclosure | (See pages DEF OPP 0072 of attached PDF)<br>Def Opp Bates Stamped Docs- CONFIDENTIAL |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| | | MA    To: Mike <Michel@mfmillslaw.com><br>Cc: GForce<br><br>📄 Defendants' Rule 26(a) Initial ...   ⌄<br>606 KB |
| 08/14/23 | Mills to CAO correspondence re Discovery to City and PRA documents he received. | Mills sent a letter regarding the alleged deficiencies of Defendants' discovery responses, he also makes references to PRA regarding document production: W010155-081621 [7.This.hyperlink.connects.to.the.City's.Public.Records.Portal.and.to.the.Department's.actual.disclosure.of.information.and.documents.responsive.to.a.request.the.City.identified.as.Reference.No¡.W6767⓫-6④⑦②87¿ see.MasterOIS( GBI( SEX( 677❺❽7¡pdf·.UOF( by( Type( 867❶_ 8686¡pdf·.and?Citizen( complaints( 867❶_8686¡pdf.attached]·. and»The.Department's.Master.OIS( GBI( .SEX( 677❺❽7¡pdf? disclosed.as.an.attachment.to.Reference.No¡.W010155-081621.<br><br>(See pages DEF OPP0073-0075 of attached PDF)<br>Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 08/14/23 | Mills Serves Following Discovery Requests to Defendants on August 14, 2023:<br>1. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set One To Defendant Evan Wright;<br>2. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Two To Defendant Evan Wright; | Court previously received through Plaintiff's Rule 37 Motion. |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

|  |  |  |
|---|---|---|
|  | 3. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Three To Defendant Evan Wright;<br>4. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Four To Defendant Evan Wright;<br>5. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set One (1) To Defendant Able Soria;<br>6. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Two (2) To Defendant Able Soria;<br>7. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Three (3) To Defendant Able Soria;<br>8. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Four (4) To Defendant Able Soria;<br>9. Plaintiff Eric H. Saldivar's Interrogatories Set One (1) To Defendant Evan Wright; And,<br>10. Plaintiff Eric H. Saldivar's Interrogatories Set One To Defendant Able Soria |  |
| 09/05/23 | Mills Serves Following Discovery Requests to Defendants on September 5, 2023:<br>1. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Five To Defendant Evan Wright;<br>2. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Six (6) To Defendant Evan Wright;<br>3. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Seven (7) To Defendant Evan Wright; | Court previously produced through Plaintiff's Rule 37 Motion |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

|  |  |  |
|---|---|---|
|  | 4. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Five (5) To Defendant Able Soria;<br>5. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Six (6) To Defendant Able Soria;<br>6. Plaintiff Eric H. Saldivar's Request For Production Of Documents Set Seven (7) To Defendant Able Soria. |  |
| 09/13/23 | CAO to Mills re Discovery Extension request | (See pages DEF OPP 0076-0077 of attached PDF)<br>Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 09/13/23 | CAO to Mills re Meet and Confer re excessive RFP via email (Abuse of Discovery) | (See pages DEF OPP 0078-0080 of attached PDF)<br>Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 10/05/23 | CAO to Mills re Soria's Response to Plaintiff's Request for Production Set One | Court previously produced in Plaintiff's Rule 37 Motion. (See email re service, page DEF OPP 0081-0082 of attached PDF)<br>Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 10/05/23 | CAO to Mills re Wright's Response to Plaintiff's Request for Production Set One to Seven (1-7) | Court previously received in Plaintiff's Rule 37 Motion (See email re service, page DEF OPP 0083-0088 of attached PDF)<br>Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 10/05/23 | Soria Response to Saldivar's Request for Production Set One | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Soria Response to Saldivar's Request for Production Set Two | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Soria Response to Saldivar's Request for Production Set Three | Court previously received in Plaintiff's Rule 37 Motion |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| 10/05/23 | Soria Response to Saldivar's Request for Production Set Four | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Soria Response to Saldivar's Srogs Set One | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Wright Response to Saldivar's Request for Production Set One | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Wright Response to Saldivar's Request for Production Set Two | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Wright Response to Saldivar's Request for Production Set Three | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Wright Response to Saldivar's Request for Production Set Four | Court previously received in Plaintiff's Rule 37 Motion |
| 10/05/23 | Wright Response to Saldivar's Srogs Set One | Court previously received in Plaintiff's Rule 37 Motion |
| 10/11/23 | CAO to Mills re extension of Initial Disclosures due November 1, 2023. | (See pages DEF OPP 0089-0098 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 10/19/23 | Email eservice to Mills re Wright/Soria Response to SRogs Set One | (See pages DEF OPP 0099 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| 11/08/23 | Subpoena Issued re Richard J. Donovan Correctional Facility (CDRC) Re: Eric Trust Account; Proof of Service to MMills dated 11/8/23 | (See pages DEF OPP 0100- 0105 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 11/08/23 | Subpoena Issued re CIM re Calls/Visitation Logs; POS to MMills dated 11/8/23 | (See pages DEF OPP 0173- 0178 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 11/09/23 | Subpoena Issued re CDCR Archive Unit; Proof of Service to MMills dated 11/9/23 | (See pages DEF OPP 0106- 0111 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 11/28/23 | Subpoena Issued re Calipatria State Prison (CDRC) Re: Ernie Saldivar Housing History; Proof of Service to MMills dated 11/28/23 | (See pages DEF OPP 0112- 0117 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 11/28/23 | Mills to CAO re finalizing pltf's responses to discovery and pltf's deposition status | (See pages DEF OPP 0118 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 11/29/23 | Mills eservice re Saldivar's Response to SRogs and RFP Sets One | "Will produce" Exhibits 1-5 (See pages DEF OPP 0119 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 11/30/23 | CAO to Mills email re Plaintiff's POD requested re responses | (See pages DEF OPP 0120- 0121 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 12/01/23 | Mills to CAO email re POD No. 1, Plaintiff produced as follows to Defendants on December 1, 2023, already having received all this information and production of documents, totaling 945 pages):<br><br>Bates stamped PfSaldivar 000001-000098 RPD reports/ PRA records, and Pf Saldivar 000099-000198 AI Interview re various officers. | (See pages DEF OPP 0122 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: 12-01-23 Pltfs Discovery POD-CONFIDENTIAL<br><br>📎 Exhibit 1 Pf Saldivar 000099-000198.zip 8 MB    📎 Exhibit 1 Pf Saldivar 000001-000098.zip 13 MB |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| 12/01/23 | Mills to CAO email re POD No. 2, Plaintiff produced as follows to Defendants on December 1, 2023, already having received all this information and production of documents, totaling 945 pages):<br><br>Bates stamped PfSaldivar 000119 to Pf Saldivar 001140, which are IA Statement re Soria, RPD reports and RPD policy/manual | Three zip files:<br><br>[Exhibit 1 Pf Saldivar 000199-000298.zip 9 MB] [Exhibit 1 Pf Saldivar 000299-000407.zip 10 MB] [Exhibit 1 Pf Saldivar 000408-001140.zip 3 MB]<br><br>(See pages DEF OPP 0123 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: 12-01-23 Pltfs Discovery POD-CONFIDENTIAL |
| 12/01/23 | Mills to CAO email re POD No. 3, Plaintiff produced as follows to Defendants on December 1, 2023, already having received all this information and production of documents, totaling 206 pages):<br><br>Bates stamped Pf Saldivar 001141- 001142 (repeated), which are Death Certificate, 000001-000098 RPD reports/ PRA records, 0000099-000198 AI Interview re various officers. | Four zip files:<br><br>[Exhibit 1 Pf Saldivar 001141-001142.zip 3 MB] [Exhibit 2 Pf Saldivar 001141-001142.zip 3 MB] [Exhibit 3 Pf Saldivar 000001-000098.zip 9 MB] [Exhibit 3 Pf Saldivar 000099-000198.zip 8 MB]<br><br>(See pages DEF OPP 0124 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: 12-01-23 Pltfs Discovery POD-CONFIDENTIAL |
| 12/01/23 | Mills to CAO email re POD No. 4, Plaintiff produced as follows to Defendants on December 1, 2023, already having received all this information and production of documents, totaling 945 pages): | Three zip files:<br><br>[Exhibit 3 Pf Saldivar 000299-000407.zip 10 MB] [Exhibit 3 Pf Saldivar 000199-000298.zip 9 MB] [Exhibit 3 Pf Saldivar 000408-001140.zip 3 MB]<br><br>(See pages DEF OPP 0125 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL  only Email is provided, as both parties have the |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

|  | | |
|---|---|---|
|  | Bates stamped Pf Saldivar 000299-000407; RPD reports/PRA stamped; 000199-000298 AI Interview re Soria and RPD reports PRA stamped; 000408-001140 RPD Manual/Policy. | documents. Defendants include a link here of the documents for the Court's review: 12-01-23 Pltfs Discovery POD- CONFIDENTIAL |
| 12/01/23 | Mills to CAO email re POD No. 5, Plaintiff produced as follows to Defendants on December 1, 2023, already having received all this information and production of documents, totaling 632 pages):<br><br>Bates stamped Pf Saldivar 001141 - Pf Saldivar 001769, which are Death Cert., National Consensus Documents on Use of Force, International Assoc of Chiefs of Police Policy, | Three zip files:<br>(See pages DEF OPP 0126 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: 12-01-23 Pltfs Discovery POD- CONFIDENTIAL<br><br>[Exhibit 3 Pf Saldivar 001141-001142.zip 3 MB] [Exhibit 3 Pf Saldivar 001143-001594.zip 13 MB] [Exhibit 3 Pf Saldivar 001595-001769.zip 6 MB] |
| 12/01/23 | Mills to CAO email re POD No. 6, Plaintiff produced as follows to Defendants on December 1, 2023, already having received all this information and production of documents, totaling 505 pages):<br><br>Bates stamped Pf Saldivar001595 to PfSaldivar002096, which are International Assoc of Chiefs of Police Policy, Excel Sheet re OIS (2013-2020), RPD List of Complaints, COR Community Police Review Commission, COR Pubic Records Portal page, COR Policy Manual #331. | Three zip files:<br>(See pages DEF OPP 0127 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: 12-01-23 Pltfs Discovery POD- CONFIDENTIAL<br><br>[Exhibit 3 Pf Saldivar 001595-001769.zip 6 MB] [Exhibit 3 Pf Saldivar 001770-002016.zip 8 MB] [Exhibit 3 Pf Saldivar 002017-002096.zip 7 MB] |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| | | |
|---|---|---|
| 12/01/23 | Mills to CAO email re POD No. 7, Plaintiff produced as follows to Defendants on December 1, 2023, already having received all this information and production of documents, totaling 199 pages): <br><br> Bates stamped Pf Saldivar 002097-002294, which is Eric Saldivar's Civil Rights Complaint, PRA request to RPD, IA Interviews re Wright and Soria, RPD reports, Mike Bumcrot Consulting Report of Investigation, Coroner documents, Saldivar Pleadings, PRA request by Bonnie Garcia, Death Certificate, | (See pages DEF OPP 128 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: 12-01-23 Pltfs Discovery POD-CONFIDENTIAL <br><br> Exhibit 5 Pf Saldivar 002097-002294.zip 11 MB |
| 12/5/23 | Mills Serves the following email with Zip file containing Plaintiff's Exhibit 4: <br><br> Exhibit 4 Pf Saldivar 000004-09 1141-1142 <br><br> Ex. 4 contains 9 pages - Incident Report, RSO report and Death Cert. | (See pages DEF OPP 0129- 0130 of attached PDF, Def Opp Bates Stamped Docs- CONFIDENTIAL only Email is provided, as both parties have the documents. Defendants include a link here of the documents for the Court's review: 12-05-23 Plaintiff's Exhibit 4- CONFIDENTIAL <br><br> Exhibit 4 Pf Saldivar 000004-... 3 MB |
| 12/11/23 | City to RDA Correspondence re PRA request re file that refers or relates to an investigation of an OIS resulting in death of Ernie Saldivar. | (See pages DEF OPP 0131- 0133 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 12/11/23 | Subpoena Issued re California Institute for Men Re: Ernie Saldivar Housing Proof of Service to MMills dated 12/11/23 | (See pages DEF OPP 0134- 0139 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

|  |  |  |
|---|---|---|
|  | Left blank intentionally | (DEF OPP 0140) |
| 12/13/23 | CAO to Riverside County Sheriff – Coroner re PRA request | (See pages DEF OPP 0141-0142 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 12/18/23 | CAO to Mills email re M&C re Opposition to depositions of Xochilt Vanessa Robles AKA Xochilt Saldivar and production of documents | (See pages DEF OPP 0143- 0144 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 12/30/23 | CAO to Mills re Draft Rule 26 Report | (See pages DEF OPP 0145-0146 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 02/02/24 | Subpoena Issued re CDCR Archive Unit requested 2/2/24; Proof of Service to MMills dated 2/2/24 | (See pages DEF OPP 0147- 0152 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 04/19/24 | CAO to Mills email re Meet and Confer re MSJ and | (See pages DEF OPP 0153- 0154 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 05/03/24 | Mills to CAO email re Meet and Confer re Defendant discovery responses | (See pages DEF OPP 0155- 0157 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 05/03/24 | Mills to CAO correspondence attachment re Meet and Confer re Defendant discovery responses | (See pages DEF OPP 0158- 0170 of attached PDF) Def Opp Bates Stamped Docs- CONFIDENTIAL |
| 05/13/24 | CAO email to Mills re M&C discovery deficiencies and CAO produces the following Bates stamped documents under May 13, 2024 date and labeled as DEF 00001 – DEF 02065 (2,056 pages plus video/audio). | (See pages DEF OPP 0171- 0172 of attached PDF re email from Ms. Gray, attorney at CAO, link is now inoperative) Def Opp Bates Stamped Docs- CONFIDENTIAL |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
# LOG IN OPPOSITION TO PLAINTIFF'S RULE 37

| Image | Modified | Title |
|---|---|---|
| 📄 | 5/13/2024 4:29:41 PM | DEF 00001 - DEF 02056 |
| 📄 | 11/15/2023 1:18:36 PM | DEF 02057 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 📄 | 11/15/2023 1:18:01 PM | DEF 02062 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 📄 | 11/15/2023 1:17:37 PM | DEF 02059 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 📄 | 11/15/2023 1:17:02 PM | DEF 02061 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 📄 | 11/15/2023 1:16:31 PM | DEF 02060 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 📄 | 11/15/2023 1:16:15 PM | DEF 02064 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 📄 | 11/15/2023 1:12:28 PM | DEF 02063 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 🎵 | 11/3/2023 11:06:36 AM | DEF 02065 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |
| 🎵 | 3/15/2018 2:09:50 PM | DEF 02058 CONFIDENTIAL PURSIAT TO PROTECTIVE ORDER |