UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:20-cv-02081-CAS-PD                Date: March 3, 2026

Title     *Saldivar v. Riverside Police Department, et al.*

Present: The Honorable:    Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order Continuing Discovery Status Conference to March 11, 2026 at 9:00 a.m.

The discovery status conference scheduled for March 6, 2026, is hereby continued to **March 11, 2026 at 9:00 a.m.** in Courtroom 690 of the Roybal Federal Building.  Counsel should be prepared as set forth in the Order dated February 5, 2026.  *See* Dkt. No. 171.

IT IS SO ORDERED.