# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Michel [Mike] F. Mills | 2a. Contact Phone Number: (949) 573-2876 | 3a. Contact E-mail Address: Michel@MFMillslaw.com |
| 1b. Attorney Name (if different): | 2b. Attorney Phone Number: (949) 573-2876 | 3b. Attorney E-mail Address: Michel@MFMillslaw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Law Offices of Michel F. Mills
155 N. Riverview Drive, Suite 208
Anaheim Hills, CA 92808

5. Name & Role of Party Represented: Plaintiff Eric H. Saldivar
6. Case Name: Saldivar v. Riverside Police Department, et al.
7a. District Court Case Number: 2:20-cv-02081-CAS-PD
7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR:  [ ] Appeal  [X] Non-Appeal     [ ] Criminal  [X] Civil     [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.)

d. DELIVERY TYPE — 30-day, 14-day, 7-day, 3-day, Daily, Hourly (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2026 | | P. Donahue | Hearing Re: Discovery discovery status conference Courtroom 690 of the Roybal Federal Building | ○ | ○ | ○ | ○ | ● | ○ | ○ | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date: March 11, 2026   Signature: [signed]

G-120 (06/18)