UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:20-cv-02081-CAS-PD				Date: March 11, 2026

Title	*Saldivar v. Riverside Police Department, et al.*

Present: The Honorable:	Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | Court Smart 03/11/26 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michel F. Mills | Nadin Said |

**Proceedings:  Discovery Status Conference**

On March 11, 2026, the Court conducted a discovery status conference.

Defendants' counsel brought and provided to Plaintiff's counsel the list required by the February 5, 2026 order, see Dkt. No. 171 at 13, as well as two of the following:

(1) a hard copy of all documents produced in fact discovery and in expert discovery in this case, with bates numbers and if produced pursuant to the protective order, so labeled; and

(2) a thumb drive or flash drive containing all audio and video files produced in discovery in this case along with a hard copy of an index of those materials.

Plaintiff's counsel confirmed receipt of these materials.  A copy of the index for each binder is attached hereto.

As discussed, by the close of business on **March 13, 2026**, Plaintiff's counsel will notify Defendants' counsel if he is unable to access the materials on the thumb drive provided by Plaintiff's counsel.  If notice is not provided, then Defendants may presume that Plaintiff was able to access all material on the thumb drive.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02081-CAS-PD                Date: March 11, 2026

Title    *Saldivar v. Riverside Police Department, et al.*

  Also by the close of business on **March 13, 2026**, Plaintiff's counsel will file a supplemental discovery report identifying any individual[s] whose deposition Plaintiff would notice (or seek by service of a subpoena) if discovery were reopened for a brief period, and the basis for seeking those deposition[s].

  By **March 26, 2026**, Defendants will file a response stating whether they object to the requested deposition[s] and the basis for the objections.

  IT IS SO ORDERED.

  Attachment:  Copy of indexes of binders provided to Plaintiff's counsel.

:30