ERIC SALDIVAR vs. CITY OF RIVERSIDE
INDEX OF DOCUMENTS RE MARCH 11, 2026

# BINDER 1

| Binder | DOCUMENTS | Bates Numbering |
|---|---|---|
| 1 | Plaintiff's Production of Documents | Pf Saldivar 000001-000098 |
| | | Pf Saldivar 000099-000198 |
| | | Pf Saldivar 000299-000407 |
| | | *Plf's 000408 to 001140 - RPD manual (See USB Flashdrive)* |
| | | Pf Saldivar 001141-001142 |
| | | Pf Saldivar 001143-001594 |
| | | Pf Saldivar 001595-001769 |
| | | Pf Saldivar 001770-002016 |
| | | Pf Saldivar 002017-002096 |
| | | Pf Saldivar 002097-002294 |

ERIC SALDIVAR vs. CITY OF RIVERSIDE
INDEX OF DOCUMENTS RE MARCH 11, 2026

# BINDER 2

| Binder | DOCUMENTS | Bates Numbering |
|---|---|---|
| 2 | Defendants' Production of Documents: | DEF 00001 – DEF 02056<br><br>***DEF 00240 to 00990 RPD Manual (See USB Flashdrive)***<br><br>DEF 02057 to 02065 (Audio/Videos *(See USB Flashdrive)* |

ERIC SALDIVAR vs. CITY OF RIVERSIDE
INDEX OF DOCUMENTS RE MARCH 11, 2026

# BINDER 3
# (with contents of 3 to 6)

| Binder | DOCUMENTS | Bates Numbering |
|---|---|---|
| 3 | Defendant's Expert Witness Documents | Exhibit A – Still Animation (Brady Held) <br> EXHIBIT B - Human Factors (Jeffrey Martin) <br> EXHIBIT C - Reconstruction (Rod Englert) <br> EXHIBIT D - Biomechanical (Swathi Kode) <br> EXHIBIT E - Toxicologist (Martin Breen) <br> EXHIBIT F - Audio (Joshua Rosenfsky) <br> EXHIBIT G - Sorenson Forensics *(See USB Flashdrive)* <br> EXHIBIT H - County of L.A. Dept of Medical Examiner <br><br> Lisa Castillo Interview, Exhibit Y, *(See USB Flashdrive)* <br> Recording of Incident Exhibit X, *(See USB Flashdrive)* |
| 4 | Plaintiff's Initial Disclosure: | EXHIBITS A- Bates Stamped PF Saldivar 000001 to 000407 |

# ERIC SALDIVAR vs. CITY OF RIVERSIDE
## INDEX OF DOCUMENTS RE MARCH 11, 2026

# BINDER 3
# (with contents of 3 to 6)



ERIC SALDIVAR vs. CITY OF RIVERSIDE
INDEX OF DOCUMENTS RE MARCH 11, 2026

# BINDER 3
# (with contents of 3 to 6)

| | | |
|---|---|---|
| | | 21 - Charting of RPD Officer Henry Park #1486  Adobe Acrob<br>22 - Charting of RPD Officer Sancho Lopez #1011  Adobe Acrob<br>23 - Charting of RPD Officer Robert Monreal #1616  Adobe Acrob<br>24 - Search Warrant preparation - 9133 Willowbrook Rd., Juru...  Adobe Acrob<br>25 - Interview with Civilian  Adobe Acrob<br>26 - Autopsy Report  Adobe Acrob<br>27 - Incorporation of CAL-Fire Dispatch Incident Reports_Lo...  Adobe Acrob<br>28 - Incorporation of RSO Dispatch Incident History Report_L...  Adobe Acrob<br>29 - Notification & Response to Scene - 9931 Willowbrook A...  Adobe Acrob<br>30 - Forensic Technitian Morrow's Identification Report docu...  Adobe Acrob<br>31 - Forensic Tech Leon's Identification Report documenting ...  Adobe Acrob<br>32 - Forensic Tech Scott's Identification Report documenting...  Adobe Acrob<br>33 - 9931 Willowbrook Rd., Jurupa Valley scene to include no...  Adobe Acrob<br>34 - Forensic Tech Whaley's Identification Report documenti...  Adobe Acrob<br>35 - Identification Report prepared by Forensic Technician Al...  Adobe Acrob<br>36 - C.A.T.C.H report reference surveillance video from 9949 ...  Adobe Acrob<br>37 - Evidence reeleaase to RPD (Johnson). Intvw w RPD Det. ...  Adobe Acrob<br>38 - RPD Digital Recorder track collection  Adobe Acrob<br>39 - Incorporation Report - FT Muschell - Officer Charting  Adobe Acrob<br>40 - Civilian Interview  Adobe Acrob<br><br>**EXHIBIT B- *RPD Manual (See USB Flashdrive)***<br><br>EXHIBIT C – Death Certificate (Bates Stamped PF Saldivar 001141 to 001142) |
| 5 | Criminal Records re Eric Saldivar | DEF 02066 to 02078 - California Institution for Men (CIM-DDCR) Re Visitation Records |

ERIC SALDIVAR vs. CITY OF RIVERSIDE
INDEX OF DOCUMENTS RE MARCH 11, 2026

# BINDER 3
# (with contents of 3 to 6)

| | | |
|---|---|---|
| | | DEF 02079 to 02094 - Criminal Court Records re Eric Saldivar |
| 6 | Email to Michel Mills dated February 6, 2026 | DEF 02095 – Email per court order to provide link of documents produced re Expert Witnesses, Exhibits A-H. |