UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:20-cv-02081-CAS-PD         Date: March 13, 2026

Title     *Saldivar v. Riverside Police Department, et al.*

Present: The Honorable:    Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order Referring Case to Settlement Conference**

This case is referred for settlement proceedings to United States Magistrate Judge Sheri Pym.  Judge Pym is located at the George E. Brown, Jr. Federal Building and United States Courthouse in Riverside, California.  Settlement proceedings shall take place within 90 days of the date of this order.

The parties are directed to contact Judge Pym's Courtroom Deputy Clerk at 951-328-4467 regarding scheduling of the settlement conference.

It is so ordered.

cc:  Courtroom Deputy Clerk to the Honorable Sheri Pym