REBECCA L. MCKEE, Interim City Attorney, SBN 289485
NADIN S. SAID, Acting Assistant City Attorney, SBN 309802
VICTORIA M. WYATT, Deputy City Attorney, SBN 329396
**OFFICE OF THE CITY ATTORNEY – CITY OF RIVERSIDE**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
Facsimile (951) 826-5540

Attorneys for Defendants
EVAN WRIGHT, an individual, and ABEL SORIA, an individual.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC H. SALDIVAR,<br><br>Plaintiff,<br><br>vs.<br><br>POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.<br><br>Defendant(s). | ) CASE NO. 2:20-cv-02081-CAS-PD<br>)<br>) **DECLARATION BY NADIN S.**<br>) **SAID**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF NADIN S. SAID</u>

I, NADIN S. SAID am licensed to practice in the State of California and am admitted to practice before the United States District Court, Central District of California. I am presently employed as an Acting Assistant City Attorney for the City of Riverside and am counsel of record for Defendants OFFICERS EVAN WRIGHT and ABEL SORIA in the above-captioned lawsuit. I have personal knowledge of the information contained in this declaration and, if called, have sufficient competency to testify concerning this information.

1. On March 11, 2026, the Court ordered Plaintiff's counsel to file a supplemental discovery report identifying any individual[s] whose

deposition Plaintiff would notice (or seek by service of a subpoena) if discovery were reopened for a brief period, and the basis for seeking those deposition[s] by March 13, 2026.

2. As of the date of this declaration, March 25, 2026, I have not received any supplemental discovery report, responsive declarations, or any other documents related to this matter from the opposing party or their counsel.

3. I have regularly checked my email and PACER, and no such documents have been delivered to me. I am assuming that Plaintiff's counsel is not interested in deposing anyone.

4. Due to the Plaintiff counsel's failure to submit his supplemental discovery report by the deadline set by the court, no depositions should be permitted, as it would be in violation of the Court's order and would be untimely.

By: _____*Nadin Said*_____
NADIN S. SAID

City Attorney's Office
3750 University Ave., Ste. 250

-2-

CASE NO. 2:20-cv-02081-CAS-PD