REBECCA L. MCKEE, Interim City Attorney, SBN 289485
NADIN S. SAID, Acting Assistant City Attorney, SBN 309802
VICTORIA M. WYATT, Deputy City Attorney, SBN 329396
**OFFICE OF THE CITY ATTORNEY – CITY OF RIVERSIDE**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567

Attorneys for Defendants
EVAN WRIGHT, an individual, and ABEL SORIA, an individual.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC H. SALDIVAR,<br><br>        Plaintiff,<br><br>    vs.<br><br>POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.<br><br>        Defendant(s). | ) CASE NO. 2:20-cv-02081-CAS-PD<br>)<br>)<br>) **DEFENDANTS' JOINT RULE**<br>) **26(f) REPORT SUBMITTED BY**<br>) **DEFENDANTS**<br>)<br>)<br>)<br>) Scheduling Conference: July 6,<br>) 2026<br>)<br>Complaint Filed:  March 3, 2020 |

The Parties having conducted their meeting of counsel, pursuant to *Federal Rules of Civil Procedure, Rule* 26(f). Plaintiff provided a word document that was not MS word and could not be edited in a cohesive way by Defense counsel. Plaintiff counsel also sent a PDF, which when converted, had the same issues. Defendant therefore submits its portions in this Report.

**a.    STATEMENT OF THE CASE:**

**Defendant City of Riverside's Brief Summary of the Facts:**

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE., STE. 250
RIVERSIDE, CA 92501
(951) 826-5567

JOINT RULE 26(f) REPORT
-1-

CASE NO. 2:20-cv-02081-CAS-PD

This lawsuit arises out of an Officer Involved Shooting that occurred on or about March 8, 2018, at 9931 Willowbrook Rd. in Jurupa Valley.

The RPD Metro Team located the Decedent—a violent parolee wanted for the attempted murder of his wife—inside an open garage. The Decedent ignored repeated police commands and fled toward a rear laundry room. As he ran, he reached into his waistband for a firearm and twisted toward the exposed officers. Fearing for their lives, **Officers Wright and Soria opened fire in the garage**, stopping as soon as the Decedent turned back toward the door. After entering the laundry room, the Decedent used the walls as cover, turned to directly face the officers, and continued digging into his pocket for the weapon. Seeing a bulge in his pocket and a direct threat, **the officers opened fire a second time in the laundry room**. A loaded firearm was subsequently recovered from the Decedent's pocket, and the officers' self-defense actions are corroborated by audio recordings, DNA, and gunshot residue.

**b.    LEGAL ISSUES:**

1.    Whether Defendants Evan Wright and Abel Soria infringed on the constitutional rights of the Plaintiff's Fourth Amendment Violation of Unlawful Use of Excessive Force on behalf of Decedent.

2.    Whether Defendants Evan Wright and Abel Soria infringed on the Plaintiff's 14th Amendment- Relief for Loss of Familial Relationship on behalf of Decedent.

3.    The nature and extent of any alleged damages.

**c.    STATUS OF DISCOVERY AND MOTIONS:**

Discovery has closed.  Defendants filed a Motion for Summary Judgment, which was denied on November 26, 2024.

Plaintiff filed repeated "Termination Motion Sanctions" on the basis that Defendants did not timely produce documents and did not conduct discovery, including expert discovery, in a manner that complied with the rules. The Honorable

City Attorney's Office
3750 University Ave., Ste. 250
Riverside, CA 92501
(951) 826-5567

**JOINT RULE 26(f) REPORT**
-2-

CASE NO. 2:20-cv-02081-CAS-PD

Donohue requested multiple briefings, and after briefings and attending a hearing in person, she denied Plaintiffs' Motion. Plaintiff counsel has taken no depositions, has not designated an expert, and Defendants will file the appropriate Motions in Limine in response. Plaintiff counsel's description of not serving expert discovery or discovery in a manner which complied with the federal rules is disingenuous and has already been adjudicated against Plaintiff.

**d.**   **SETTLEMENT/ADR:**

This was unsuccessful.

**e.**   **TRIAL ESTIMATE:**

The only remaining way to resolve this issue is by trial. Defendants have trials scheduled through November, and December, defense counsel has a pre-planned vacation. The Defendant seeks a trial date in 2027. The parties estimate that this jury trial will last for 8 days.  The parties estimate that there will be 15 witnesses, including expert witnesses.

**f.**   **TRIAL COUNSEL:**

Michel Mills – for Plaintiff.

Nadin S. Said and Rebecca McKee-Reimbold– for Defendant City of Riverside.

DATED:  June 26, 2026                    OFFICE OF THE CITY ATTORNEY


By:   /s/ *Nadin S. Said*
       NADIN S. SAID
       Attorney for Defendants EVAN
       WRIGHT and ABEL SORIA

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE., STE. 250
RIVERSIDE, CA 92501
(951) 826-5567

**JOINT RULE 26(f) REPORT**

-3-

CASE NO. 2:20-cv-02081-CAS-PD