JAMES ALLEN JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD Assistant City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
VICTORIA M. WYATT, Deputy City Attorney, SBN 329396
**OFFICE OF THE CITY ATTORNEY – CITY OF RIVERSIDE**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
Facsimile (951) 826-5540

Attorneys for Defendants
EVAN WRIGHT, an individual, and ABEL SORIA, an individual.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC H. SALDIVAR,<br><br>                    Plaintiff,<br><br>        vs.<br><br>POLICE OFFICERS EVAN WRIGHT,<br>ABEL SORIA, et al.<br><br>                    Defendant(s). | ) CASE NO. 2:20-cv-02081-CAS-PD<br>)<br>)<br>) **DECLARATION BY NADIN S.**<br>) **SAID RE MAGISTRATE**<br>) **AVAILABILITY**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF NADIN S. SAID

I, NADIN S. SAID am licensed to practice in the State of California and am admitted to practice before the United States District Court, Central District of California. I am presently employed as an Acting Assistant City Attorney for the City of Riverside and am counsel of record for Defendants OFFICERS EVAN WRIGHT and ABEL SORIA in the above-captioned lawsuit. I have personal knowledge of the information contained in this declaration and, if called, have sufficient competency to testify concerning this information.

1. On July 6, 2026, the Court ordered the parties to find an available magistrate in Riverside or Orange County to conduct the trial at an earlier date.

2. My office contacted Magistrate judges in the Riverside and Orange County courts, but the majority have not responded. Only two courts have agreed to conduct the trial: Judge McCormick, who is available towards the end of the year, and Judge Bristow, who is available on October 19, 2026.

3. Plaintiff counsel is now not in agreement to send this case to a magistrate outside of Los Angeles. Defendants however, prefer Riverside, alternatively, Orange County.

July 22, 2026

By: _Nadin Said_
    NADIN S. SAID

City Attorney's
Office
3750 University
Ave., Ste. 250

-2-

CASE NO. 2:20-cv-02081-CAS-PD