UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:20cv02081 CAS (PDx)                    Date:  July 27, 2026

Title    *ERIC HENRY SALDIVAR v. RIVERSIDE POLICE DE*

Present:  The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Michael Mills (by telephone)

Attorneys Present for Defendants:
Nadin Said

**Proceedings:**    **ZOOM STATUS CONFERENCE RE: POTENTIAL CONSENT TO MAGISTRATE JUDGE OR SETTING OF REMAINDER OF DATES**

Hearing held by Zoom and counsel are present.   The Court confers with counsel, as stated on the record. Based on counsels' representation, the Court schedules the remaining dates, as follows:

- Settlement Completion Cutoff: <u>October 16, 2026</u> (ADR-12 to issue);
- Zoom Status Conference re: Settlement **(11:00 A.M.)**: **<u>October 26, 2026</u>.** Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules;
- Zoom Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): <u>December 7, 2026</u>;** and
- Jury Trial **(9:30 A.M.): <u>January 5, 2027</u>** (Estimate 8 Days). Counsel shall revisit their time estimates for trial and provide the Court with a realistic trial estimate at the Pretrial Conference.  The Court will set time limits, if needed.

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  No more than four (4) Motions in limine filed, per side.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

|  | 00:13 |
|---|---|
| **Initials of Preparer** | CMJ |