**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Eric Henry Saldivar,<br><br>PLAINTIFF(S)<br>v.<br>Riverside Police Dept. and Local Riverside Police Agentcies; et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-02081-CAS-PD<br><br>**ORDER VACATING REFERENCE TO MAGISTRATE JUDGE** |

IT IS ORDERED that

☑ Reference to the above case to United States Magistrate Judge Patricia Donahue pursuant to General Order 05-07 is hereby vacated. All further proceedings in this action shall be before the District Judge assigned. The case is referred to the same Magistrate Judge for discovery.

☐ Reference to the discovery Magistrate Judge is hereby vacated. The above case is referred to a Magistrate Judge pursuant to General Order 05-07 for a Report and Recommendation.

**NUNC PRO TUNC**
Dated: May 26, 2026

Christina A. Snyder
United States District Judge

**NOTICE TO COUNSEL**

Pursuant to the above order, this case has been reassigned to Magistrate Judge Patricia Donahue

☐ for a Report and Recommendation.

☒ for any discovery matters which may be referred.

All documents subsequently filed in this case must reflect the case number: CV 2:20-cv-02081-CAS-PDx

This is very important because documents are routed by way of the initials.

Clerk, U. S. District Court

Dated: 8/21/2026

By L. Hernandez
Deputy Clerk