**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR<br><br>Plaintiff(s)<br>v.<br><br>POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.,<br><br>Defendant(s). | CASE NUMBER: 2:20-cv-02081-CAS-PDx<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☒ The parties stipulate that Craig Breitman, of Breitman Resolutions, may serve as the Panel Mediator in the above-captioned case. The parties have obtained Mr. Breitman's consent to conduct the mediation on October 7, 2026 at 2:00 p.m.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : ______________________

Dated: August 21, 2026 /s/ Michel F. Mills, Esq., SBN 193002
Attorney For Plaintiff Eric H. Saldivar

Dated: ______________ ______________________
Attorney For Plaintiff ______________________

Dated: August 21, 2026 /s/ Nadin S. Said, Esq., SBN 309802
Attorney For Defendants Evan Wright and Abel Soria

Dated: ______________ ______________________
Attorney For Defendant ______________________

Attorney for Plaintiff to electronically file original document.