**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR<br>Plaintiff(s),<br>v.<br>RIVERSIDE POLICE DEPT. AND LOCAL RIVERSIDE POLICE AGENTCIES, et al.<br>Defendant(s). | CASE NUMBER:<br>2:20−cv−02081−CAS−PD<br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 10/7/2026

Document No.: 191

Title of Document: Notice of Appearance

**ERROR(S) WITH DOCUMENT:**

Named party on the notice not matching those listed on the docket

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: October 7, 2026

By: /s/ *Tonya L Sellarole tonya_sellarole@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**