JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR, SR.<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE POLICE DEPARTMENT, ET AL.<br><br>Defendants. | **CASE NO.: 2:20-cv-02081-CAS-PDx**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, MANDATORY JOINDER OF PARTIES**<br><br>Date: November 30, 2026<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8D<br><br>Trial Date: January 10, 2027 |

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 30, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants ABEL SORIA and EVAN WRIGHT (hereinafter "Defendants") will and hereby do move this Court to dismiss the First Cause of Action in the Fourth Amended Complaint for lack of subject matter jurisdiction. In the alternative, Defendants request mandatory joinder of two necessary parties.

This Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(h)(3), and 19(a), Central District of California Local Rule 7-3, as well as the applicable orders of the Court.

This Motion is based on this Notice of Motion and the concurrently filed Memorandum of Points and Authorities, the declarations and exhibits annexed hereto, the papers and pleadings on file in this proceeding, and any and all arguments and evidence that may be presented to or considered by the Court prior to its ruling.

**NOTICE ON CONFERENCE OF COUNSEL PURSUANT TO L.R. 7-3**

This made is made after unsuccessful efforts to resolve the issue informally with Plaintiff as required by Local Rule 7-3. *See* Declaration of Aisha C. Novasky.

DATED: October 27, 2026

OFFICE OF THE CITY ATTORNEY

By: ______________________________

AISHA C. NOVASKY
Attorneys for Defendants ABEL SORIA and EVAN WRIGHT



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567