JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERIC HENRY SALDIVAR, SR.

Plaintiff,

v.

RIVERSIDE POLICE DEPARTMENT, ET AL.

Defendants.

**CASE NO.: 2:20-cv-02081-CAS-PDx**

**DECLARATION OF YESENIA GUERRERO IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, JOINDER OF REQUIRED PARTIES**

Fourth Amended Complaint Filed: March 23, 2022
Trial Date: January 10, 2027

**DECLARATION OF YESENIA GUERRERO**

I, Yesenia Guerrero, declare the following:

1. I am a paralegal with the Riverside City Attorney's Office, attorneys of record for Defendants Abel Soria and Evan Wright in the instant case.

2. I am over eighteen years of age and not a party to this case.

3. I certify that I can read, write, and converse in both English and Spanish.

4. I attest that the attached **Exhibit K** is an accurate and complete translation from Spanish to English of the original document titled **Exhibit H**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2026, at Riverside, California.

Yesenia Guerrero

YESENIA GUERRERO, declarant

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567