JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR, SR.<br>Plaintiff,<br>v.<br>RIVERSIDE POLICE DEPARTMENT, ET AL.<br>Defendants. | **CASE NO.: 2:20-cv-02081-CAS-PDx**<br>**DECLARATION OF AISHA C. NOVASKY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MANDATORY JOINDER**<br>Fourth Amended Complaint Filed: March 23, 2022<br>Trial Date: January 10, 2027 |

**DECLARATION OF AISHA C. NOVASKY**

I, Aisha C. Novasky, declare the following:

1. I am an attorney at law, duly authorized to practice before this Court. I am a Deputy City Attorney with the Riverside City Attorney's Office, attorneys of record for Defendants Abel Soria and Evan Wright in the instant case.

2. I have personal knowledge of the matters stated herein, except those stated upon information and belief, and to those matters, I believe them to be true. If called to testify to the matters herein, I could and would testify competently thereto.

## LOCAL RULE 7-3 CONFERENCE

3. On October 20, 2026, at 9:22 a.m., I emailed Plaintiff's counsel requesting a day and time to meet and confer to discuss the instant motion.

4. On October 26, 2026, a status conference was held before this Court. Counsel for Plaintiff did not appear, thus, I was unable to inform him of the impending motion.

5. On October 27, 2026 at approximately 12:20 p.m., I called Plaintiff's counsel to discuss the filing of this motion. Counsel reported that due to health concerns, he was unable to appear at the status conference held the previous day. He further reported that while his client would not dismiss the first cause of action against Defendants, he would take under consideration whether or not to oppose the request for mandatory joinder. Plaintiff's counsel stated that he would likely need additional time to oppose Defendants' motion, and the declarant stated that Defendants would be amenable to submitting a joint stipulation to the Court outlining a briefing schedule that accommodates counsel's health issues.

## EVIDENCE

6. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Amended Notice of Deposition of Xochilt Robles.

7. Attached hereto as **Exhibit B** is a true and correct copy of the December 7, 2023 Affidavit of Non-Appearance for the scheduled deposition of Xochilt Robles.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2026, at Riverside, California.

*Aisha Novasky*

Aisha C. Novasky, declarant

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567