JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR, SR.<br>Plaintiff,<br>v.<br>RIVERSIDE POLICE DEPARTMENT, ET AL.<br>Defendants. | **CASE NO.: 2:20-cv-02081-CAS-PDx**<br><br>**DECLARATION OF BRETT BITTNER IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, JOINDER OF REQUIRED PARTIES**<br><br>Fourth Amended Complaint Filed: March 23, 2022<br>Trial Date: January 10, 2027 |

**DECLARATION OF BRETT BITNER**

I, Brett Bittner, declare the following:

1. I am a private investigator licensed to practice within the State of California. My license number is PI-26463, which is current and in good standing.

2. I am the owner and operator of CI&S Investigations, and I conduct business from 5225 Canyon Crest Drive, Suite 71-211 in Riverside, California.

3. I am over eighteen years of age and not a party to this case.

4. I have personal knowledge of the matters stated herein, except those stated upon information and belief, and to those matters, I believe them to be true. If called to testify to the matters herein, I could and would testify competently thereto.

5. On September 24, 2026, I attempted to locate Xochilt Saldivar aka Xochilt Robles at an address in San Bernardino. I was informed by a resident of the home that Ms. Robles no longer lived there.

6. After conducting research, I found an address for Ms. Robles in Perris, CA. I visited this address on September 29, 2026, and was informed by the resident that Ms. Robles did not reside there.

7. Upon departing the address in Perris, I received a call from Ms. Robles, who agreed to meet with me the following day in Riverside.

8. On September 30, 2026, I met with Ms. Robles at a Starbucks in the City of Riverside. At the time I met Ms. Robles, she was nine months pregnant and expecting to give birth soon. During our conversation, Ms. Robles stated that Ernie was the father of their child, Elysse Robles. I recorded my conversation with Ms. Robles on an audio recording device. A true and correct copy of our conversation has been transcribed and is attached hereto as **Exhibit C**.

9. On October 2, 2026, Ms. Robles provided me with photographs which she said depicted her daughter Elysse and Ernie Saldivar, as well as a letter written by Eric Saldivar to Elysse Robles. A true and correct copy of the photographs and letter are attached hereto as **Exhibits D-H**.

10. On October 16, 2026, shortly after Ms. Robles gave birth, I met with her and Elysse Robles at a restaurant in the City of Perris. I provided both of them with declarations to review, complete, and sign. Both Ms. Robles and Elysse notated that they wished to be added as parties to the lawsuit, signed and dated the declarations, and provided me with the declarations. A true and correct copy of their declarations are attached hereto as **Exhibits I-J**.

11. On October 25, 2026, Ms. Robles emailed me a signed letter authorizing the Riverside County Coroner to release Ernie Saldivar's specimen to a DNA lab for confirmation that Ernie was Elysse's father. A true and correct copy of the letter is attached hereto as **Exhibit L**.

CITY ATTORNEY'S OFFICE
50 UNIVERSITY AVE, STE. 250
VERSIDE, CALIFORNIA 92501
(951) 826-5567

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2026, at Riverside, California.

BRETT BITNER, declarant

CITY ATTORNEY'S OFFICE
50 UNIVERSITY AVE, STE. 250
VERSIDE, CALIFORNIA 92501
(951) 826-5567