JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR, SR.<br>Plaintiff,<br>v.<br>RIVERSIDE POLICE DEPARTMENT, ET AL.<br>Defendants. | **CASE NO.: 2:20-cv-02081-CAS-PDx**<br><br>**DECLARATION OF VEE BEAUREGARD IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, JOINDER OF REQUIRED PARTIES**<br><br>Fourth Amended Complaint Filed: March 23, 2022<br>Trial Date: January 10, 2027 |

**DECLARATION OF VEE BEAUREGARD**

I, Vee Beauregard, declare the following:

1. I am a paralegal with the Riverside City Attorney's Office, attorneys of record for Defendants Abel Soria and Evan Wright in the instant case.

2. I am over eighteen years of age and not a party to this case.

3. On December 6, 2023, I called Xochilt Vanessa Robles to confirm her deposition that was scheduled for the following day. Ms. Robles informed me that she was not available for the deposition, as she was going away for the weekend and would not return until December 11, 2023. When I asked Ms. Robles for alternative dates for her deposition, she informed me that she was unable to speak at the moment and would

call me back. She then ended the call before I could provide her with a number to return my call.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2026, at Riverside, California.

Vee Beauregard, declarant