# "Exhibit B"

# AFFIDAVIT OF NON-APPEARANCE
# **XOCHILT VANESSA ROBLES**

Taken on December 7, 2023

ERIC H. SALDIVAR v. POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.

**Global Access Litigation Services**
**(949) 220-0449**
**production@galscr.com**
**www.galscr.com**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC H. SALDIVAR, | ) Case No. 2:20-cv-02081-CAS-PD |
| Plaintiff, | ) |
| vs. | ) AFFIDAVIT OF NON-APPEARANCE |
| POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al., | ) |
| Defendants. | ) |

SCHEDULED DEPOSITION OF XOCHILT VANESSA ROBLES
Thursday, December 7, 2023, 1:00 p.m.

REPORTED BY:
Grace A. DiBernardo
CSR No. 10322

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF:

LAW OFFICES OF MICHEL F. MILLS
155 North Riverview Drive
Suite 208
Anaheim Hills, California 92808-1225
714.769.9051
BY: Michel F. Mills, Esq.
michel@mfmillslaw.com

FOR THE DEFENDANTS EVAN WRIGHT AND ABEL SORIA:

OFFICE OF THE CITY ATTORNEY - RIVERSIDE
3750 University Avenue
Suite 250
Riverside, California 92501
951.826.5567
BY: Rebecca L. McKee-Reimbold, Esq.
rmckee@riversideca.gov
BY: Judith L. Gallardo, Esq.
jgallardo@riversideca.gov

INDEX

E X H I B I T S

Defendants'

| | |
|---|---|
| A | Defendant City of Riverside's Amended Notice of Deposition of Third-Party Witness Xochilt Vanessa Robles (AKA Xochilt Vanessa Saldivar) (8 pages) |

I, Grace A. DiBernardo, a Certified Shorthand Reporter for the State of California, with principal office in the County of Orange, hereby declare under penalty of perjury the following:

On Thursday, December 7, 2023, at 1:00 p.m., I made an appearance at Office of the City Attorney -- City of Riverside for the purpose of reporting the deposition of Xochilt Vanessa Robles.

At 1:30 p.m., Xochilt Vanessa Robles had not appeared for the taking of her deposition. Accordingly, the deposition was cancelled.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on December 7, 2023, at Irvine, California.

Grace A. DiBernardo, CSR No. 10322