# “Exhibit C”

Eric Henry Saldivar, )
)Case No. 2:20-CV-02081-CAS-PD
Plaintiff, )
)
v. )
)
Riverside Police Dept. )
and Local Riverside Police)
)
Defendants. )
_______________________________)

AUDIO TRANSCRIPTION OF

INTERVIEW

Transcribed by:
JOSIE C. GONZALEZ
CSR No. 13435
Job No. 32012

Eric Henry Saldivar, )
)Case No. 2:20-CV-02081-CAS-PD
Plaintiff, )
)
v. )
)
Riverside Police Dept. )
and Local Riverside Police)
)
Defendants. )
______________________________)

Audio Transcription of Interview, transcribed on October 8, 2026 in San Diego, California, by JOSIE C. GONZALEZ, Certified Shorthand Reporter No. 13435, in and for the State of California.

* * *

Start of Audio

* * *

MR. BITTNER: My name is Brett Bittner. I'm a private investigator and work for Claim Investigations and Support. My private investigator license number for the State of California is 26463. I conduct business from an address of 5225 Canyon Crest Drive, Suite 71-211, Riverside, California 92507. Telephone number 888-341-0662. I'm here with Xochilt Robles to discuss matters involving a case titled Saldivar versus Riverside Police Department. Federal Case Number 220-CV-02081-CAS-PD.

Xochilt, is it okay that I call you Sochi?

MS. ROBLES: Yeah, that's fine.

MR. BITTNER: Can you state your full name and spell it?

MS. ROBLES: So it's -- spell my whole name?

MR. BITTNER: Yeah.

MS. ROBLES: So it's Xochilt, X-o-c-h-i-l-t, Vanessa. Sorry. That's loud.

MR. BITTNER: Yeah, that's pretty loud.

MS. ROBLES: V-a-n-e-s-s-a. And Robles, R-o-b-l-e-s.

MR. BITTNER: Okay. And can you provide your

home address or phone number?

MS. ROBLES: My phone number is [redacted], and my address is [redacted], California [redacted].

MR. BITTNER: Are you employed right now?

MS. ROBLES: No. I'm not.

MR. BITTNER: Okay. Are you -- are you married?

MS. ROBLES: No.

MR. BITTNER: Okay. When were you last employed?

MS. ROBLES: It's -- it's been a while. Maybe, like, two years ago?

MR. BITTNER: Where was that?

MS. ROBLES: I was employed in San Bernardino at a warehouse.

MR. BITTNER: Okay. What was the company, do you remember?

MS. ROBLES: GXO?

MR. BITTNER: GXO. Now, as you know, we're here to discuss the case I introduced, but basically, right now we're interested in mostly -- hold on -- the relationship between you, your daughter, Elise, Ernie Saldivar and perhaps his family. So who is the father of Elise Robles?

MS. ROBLES: Ernie.

MR. BITTNER: Ernie?

MS. ROBLES: Yeah.

MR. BITTNER: Ernie Saldivar?

MS. ROBLES: Ernie Saldivar.

MR. BITTNER: Is Ernie the biological father?

MS. ROBLES: Yes, he's her biological father.

MR. BITTNER: And does Else look like him?

MS. ROBLES: Yeah, she does. She looks exactly like him.

MR. BITTNER: Okay. Is there anyone else possibly could be the father?

MS. ROBLES: No.

MR. BITTNER: Not at all?

MS. ROBLES: Not at all.

MR. BITTNER: Why did you and Ernie marry 11 months after the baby was born?

MS. ROBLES: We just wanted to do the right thing and also, I wanted to be able to take her to see him. With the -- with the family visits, you have to be married.

MR. BITTNER: Visits to where?

MS. ROBLES: To the prison, where he was at.

MR. BITTNER: Oh, he was in prison?

MS. ROBLES: Yeah, he was in prison.

MR. BITTNER: Okay.

MS. ROBLES: And so I wanted her to be able to still spend time with her dad, and so we just decided to get married.

MR. BITTNER: And he was receptive to that?

MS. ROBLES: Yeah. It was his idea, so --

MR. BITTNER: So did you get married while he was in prison?

MS. ROBLES: Yeah. While he was in jail, yeah.

MR. BITTNER: Okay. So Ernie completely recognized Elise as his daughter?

MS. ROBLES: Yes, definitely.

MR. BITTNER: Are there -- do you have any photographs of them together?

MS. ROBLES: When she was smaller, yeah, I do.

MR. BITTNER: You do? Okay. And you keep those?

MS. ROBLES: Yeah, for her.

MR. BITTNER: How old is she now?

MS. ROBLES: She's 14 now, yeah.

MR. BITTNER: She's 14?

MS. ROBLES: Mm-hmm.

MR. BITTNER: Are there any writings that he made to Elise from prison?

MS. ROBLES: There is, but I would have to look for them, honestly. It's been so long.

MR. BITTNER: So do you have them for sure or --

MS. ROBLES: I would have to look for them, honestly.

MR. BITTNER: So you might have some?

MS. ROBLES: I might.

MR. BITTNER: Okay.

MS. ROBLES: He did write to her, but I don't -- I would have to look for them.

MR. BITTNER: I understand. Were you in a relationship with anyone else at the time you were with Ernie?

MS. ROBLES: No.

MR. BITTNER: Did you move into the home of Ernie's grandmother?

MS. ROBLES: Yes, I did.

MR. BITTNER: Where was that?

MS. ROBLES: That was on Langston. I don't know the exact address, but it was on Langston Place in Riverside. I lived there for a few months with Elise.

MR. BITTNER: So when you were there, did his family -- Ernie's family ever see you being unfaithful to Ernie?

MS. ROBLES: No. No.

MR. BITTNER: Because as you said already, it never happened, right?

MS. ROBLES: Yeah. No.
MR. BITTNER: Does Ernie have a brother?
MS. ROBLES: Yeah, he does.
MR. BITTNER: What's his brother's name?
MS. ROBLES: Eric.
MR. BITTNER: Eric?
MS. ROBLES: Eric Saldivar.
MR. BITTNER: Now, did Eric ever see you being unfaithful with anybody?
MS. ROBLES: No, I really didn't talk to him. It was just mostly me and his grandma that were.
MR. BITTNER: Oh, did Eric live at the house, too?
MS. ROBLES: No, he didn't live there.
MR. BITTNER: Oh, okay.
MS. ROBLES: It was just me, his grandma, and Elise that were living there at the time.
MR. BITTNER: Were you -- were you married to Ernie at the time of his death?
MS. ROBLES: Yes, I was.
MR. BITTNER: You were still married?
MS. ROBLES: Yeah.
MR. BITTNER: Were you guys still together?
MS. ROBLES: We were just trying to work things out for Elise.

MR. BITTNER: Like, kind of separated?
MS. ROBLES: Yeah. Well, I had already moved into my own apartment with Elise.
MR. BITTNER: Oh, so --
MS. ROBLES: And he was staying with his grandma.
MR. BITTNER: But maybe trying to be, like, co-parenting?
MS. ROBLES: Yeah, we were.
MR. BITTNER: Oh, I see. Okay. Now, at the time of his death, did you claim to be his wife?
MS. ROBLES: Yes, I took care of all the -- when -- like, the mortuary, paying for it, just all the arrangements, it was -- it was me, so --
MR. BITTNER: So at the time of his death you had your own apartment, right? Okay. So at the time of his death, who were you living with?
MS. ROBLES: Just me and Elise.
MR. BITTNER: Just you and Elise?
MS. ROBLES: Yeah.
MR. BITTNER: And what about before that?
MS. ROBLES: Before that with his grandma.
MR. BITTNER: Okay.
MS. ROBLES: Yeah. And then I eventually got my own spot with Elise.

MR. BITTNER: Did -- did you and Ernie ever live together?

MS. ROBLES: No. Because when he got out, he just went to go -- he paroled at his grandma's.

MR. BITTNER: Okay.

MS. ROBLES: So he couldn't -- that was his address.

MR. BITTNER: Oh, so you lived with him at his grandma's, though?

MS. ROBLES: Yeah. No. He -- when I was living there, he was still in prison.

MR. BITTNER: Oh, I see.

MS. ROBLES: Yeah.

MR. BITTNER: Okay. And then -- so how did that work? He got out, and then --

MS. ROBLES: I already had my own place.

MR. BITTNER: Oh, Okay.

MS. ROBLES: I was already out of his grandma's.

MR. BITTNER: Oh, and he had to go live with his grandma?

MS. ROBLES: That's the address he put, yeah.

MR. BITTNER: Oh, I see. So were there conditions that made him have to stay there? Like --

MS. ROBLES: We just stopped --

MR. BITTNER: I don't know a lot about it, but

sometimes, you know, people get on parole and they say, "Well, you have to stay there. You're on curfew."

MS. ROBLES: Yeah, that's just the address he put.

MR. BITTNER: Okay.

MS. ROBLES: So --

MR. BITTNER: That's where he stayed?

MS. ROBLES: Yeah, because he didn't -- he didn't let me know when he was getting out.

MR. BITTNER: How come you guys didn't move in together?

MS. ROBLES: We just wanted to try to work things out, like, to see how it went first just because I didn't want Elise to be, like, in a -- we weren't in the best of terms, so I didn't want Elise growing up in a -- like, a -- you know, not -- not -- not in a good environment. You know, if we weren't getting along, then I didn't want her --

MR. BITTNER: I see. Okay.

MS. ROBLES: -- to see that.

MR. BITTNER: So I'm trying to just get a time frame in my head. So at some point he -- you guys are together, and he goes to prison?

MS. ROBLES: Yeah.

MR. BITTNER: You say I want my daughter to be

able to see my husband. You guys are already married, right? No, no, no. I want my daughter to see her father, so you decide to get married.

MS. ROBLES: Yeah.

MR. BITTNER: Now you can skip a bunch of hoops you have to --

MS. ROBLES: Yeah.

MR. BITTNER: -- to go through to visit someone in prison, right? So you do that. And after that, you're living with his grandma?

MS. ROBLES: Yeah.

MR. BITTNER: But at some point you get stuff together and say, "Hey, I'm gonna get my own spot. My daughter's gonna go there."

MS. ROBLES: Yeah.

MR. BITTNER: Now, he comes -- now, after that, at some point, you guys start having a falling out?

MS. ROBLES: Yeah.

MR. BITTNER: Okay. How serious was the falling out?

MS. ROBLES: It was just, honestly, because he was writing another female in there, and I got upset.

MR. BITTNER: He was what?

MS. ROBLES: Writing some -- another female.

MR. BITTNER: Oh, okay.

MS. ROBLES: And we -- I got upset, you know, because we're married.
MR. BITTNER: Yeah.
MS. ROBLES: So we just stopped talking for a while because I was upset.
MR. BITTNER: Okay. So, I see. That's the reason he went to his grandma's.
MS. ROBLES: Yeah. So then --
MR. BITTNER: How'd you find that out?
MS. ROBLES: One of his friends told me, so -- and, of course, you know, like, I'm his wife. I -- I didn't like that, so --
MR. BITTNER: No, of course. Of course.
MS. ROBLES: That's why I didn't want us to move in right away and stuff.
MR. BITTNER: What elementary school was Elise attending?
MS. ROBLES: [redacted] Elementary.
MR. BITTNER: Oh, here in Riverside?
MS. ROBLES: In Riverside, yeah.
MR. BITTNER: Oh, okay. So why did you want to end the marriage? Was that because of that the letter?
MS. ROBLES: I mean, we never, like, file -- I never filed for divorce or anything. I wanted to at some point, but we just kind of wanted to try to see if

we could mend our relationship.

MR. BITTNER: I see.

MS. ROBLES: And then, eventually, you know, he ended up passing away, so --

MR. BITTNER: Okay.

MS. ROBLES: Well, you know --

MR. BITTNER: So -- so you never got divorced?

MS. ROBLES: No.

MR. BITTNER: You guys -- you guys were trying to work it out?

MS. ROBLES: Yeah, for Elise. Yeah, it was mostly him who wanted to do it for Elise, and I was willing to. But, like I said, he ended up passing away, so --

MR. BITTNER: Do you have any doubt in your mind that, like, if he was here today, that he would be with Elise? Like --

MS. ROBLES: Yeah, for sure.

MR. BITTNER: No doubt in your mind?

MS. ROBLES: Yeah, no doubt. I mean, he -- he just had a big problem with me not wanting me being upset because he really -- he really loved our family.

MR. BITTNER: Yeah.

MS. ROBLES: And I mostly just wanted to co-parent for Elise because he loved her and she loved

him, you know?

MR. BITTNER: Yeah.

MS. ROBLES: I feel like out of this whole situation, she's the one who suffered the most, you know, being without her dad.

MR. BITTNER: Yeah. So the marriage never ended?

MS. ROBLES: No, it never end.

MR. BITTNER: Okay. Do you know Larry Changola?

MS. ROBLES: I think that's his uncle.

MR. BITTNER: That's his uncle?

MS. ROBLES: Yeah, I think so. I want to say, yeah, that's his uncle. Larry.

MR. BITTNER: Did -- So do you remember Larry Changola ever kicking you out of a house or evicting you from somewhere?

MS. ROBLES: No.

MR. BITTNER: Were you ever evicted from a house from one of his family members?

MS. ROBLES: No. The only family member I ever lived with was his grandma, and I left on my own because --

MR. BITTNER: They didn't kick you out?

MS. ROBLES: No.

MR. BITTNER: Okay.

MS. ROBLES: We didn't leave on bad terms at all, me and his grandma.

MR. BITTNER: Are you and his grandma still friends?

MS. ROBLES: Well, she passed away already.

MR. BITTNER: Oh, she did?

MS. ROBLES: Yeah.

MR. BITTNER: At the time that she died, were you guys still friends?

MS. ROBLES: We were -- we were okay, but we just didn't talk as much.

MR. BITTNER: Oh, I see.

MS. ROBLES: But she would ask about my daughter, Elise, and we would leave her flowers sometimes. Okay.

MR. BITTNER: Okay.

MS. ROBLES: But she -- yeah, she passed away already.

MR. BITTNER: Now, what type of -- or, if any, what type of harassing things did Ernie do to you? Did he do anything to harass you or --

MS. ROBLES: Yeah, he did. Because, like I said, he didn't -- he didn't want to separate.

MR. BITTNER: I see.

MS. ROBLES: He wanted our family to work out.

And me, I was just upset. I didn't like that he was -- you know, that he was entertaining somebody else. I just didn't like that.

MR. BITTNER: That's understandable.

MS. ROBLES: And -- but, yeah, he would.

MR. BITTNER: What would he do?

MS. ROBLES: He would just show up at me and Elise's apartment, you know, like, unannounced, just sitting there, you know, acting like it was his home and just trying to get back together, you know? But I would just -- I wasn't up for it. I would just tell him, like, just be there for Elise, you know?

MR. BITTNER: Yeah.

MS. ROBLES: Or -- but we would go out together as a family sometimes, so --

MR. BITTNER: Oh, okay.

MS. ROBLES: Yeah.

MR. BITTNER: So, I mean, anything else that's really harassing? Was he abusive?

MS. ROBLES: No, he wasn't abusive. No. There was just one -- the one time that the alter -- a serious altercation happened between us was when I called the cops on him at his grandma's because I went -- I had heard that something happened to him. So I went over there to make sure he was okay, because regardless, he's

the father of my child. You know, I had love for him. I care for him. So I just wanted to go make sure he was okay. He took it as, oh, she wants to get back together. And I told him, like, well, I don't want to get back together, but I'm really, you know, worried about you. That's why I came, and he got upset that I said that. And he shot at me. So I called the cops, and --

MR. BITTNER: That's pretty scary.

MS. ROBLES: Yeah, so --

MR. BITTNER: I mean, like, shot at you where? Like, out in the street or --

MS. ROBLES: No. Like, I was getting in my car, and he shot -- but it hit the car. It didn't hit me. I ducked down.

MR. BITTNER: Yeah. Did he carry a gun all the time?

MS. ROBLES: I don't know. I don't even know where he grabbed it from. I was just kind of, like, I'm leaving, and then I was walking to my car, and next thing I see is him pointing it at me. And I got upset because he didn't know if Elise was in the car or not, you know? So I got upset, and I called the cops.

MR. BITTNER: That's scary, yeah.

MS. ROBLES: And that's why his family has a

problem with me because I called the cops on him that day. So --

MR. BITTNER: Really?

MS. ROBLES: What am I supposed to do?

MR. BITTNER: Let him shoot at me?

MS. ROBLES: Yeah.

MR. BITTNER: Come on. So, you know, that note is kind of what we're getting at, but was he ever cheating on you?

MS. ROBLES: Just, like I said, that he was writing another female in there. That's the only time I know.

MR. BITTNER: Okay.

MS. ROBLES: I -- do I consider that cheating? You know, yeah, in a way, if you're entertaining somebody else, and I'm providing you your packages, you know, taking your daughter to go see you, spending my money, my gas to go and be with you.

MR. BITTNER: Yeah, for sure.

MS. ROBLES: But other than that, I don't -- I don't think so.

MR. BITTNER: Okay. Wait for it to quiet down a second. Got a concert.

Well, I'm going to wrap it up. So is everything you told me true and accurate to the best of your

knowledge?

MS. ROBLES: Yeah.

MR. BITTNER: You understand this is recorded, right?

MS. ROBLES: Yeah.

MR. BITTNER: Like, the whole thing is recorded.

MS. ROBLES: Yeah.

MR. BITTNER: And if called to testify under oath, would your account be the same?

MS. ROBLES: Yeah.

MR. BITTNER: It's September 20th. The time now is 11:31, and I'm gonna turn the recorder off. Thank you.

MS. ROBLES: Thank you.

* * *

End of Audio

* * *

REPORTER'S CERTIFICATION

I, Josie C. Gonzalez, a Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the foregoing audio file was reported by me stenographically to the best of my ability and later transcribed into typewriting under my direction; that the foregoing is a true record of the audio file.

IN WITNESS WHEREOF, I have subscribed my name this 23rd day of October, 2026.

JOSIE C. GONZALEZ