# "Exhibit D"


Rest In Peace