# "Exhibit E"

