# "Exhibit F"

