# "Exhibit G"

