# "Exhibit H"

Here's one I found from Erik when he used to write me and Elysse in prison calling her his grand daughter in Spanish I'll try to find more

