# "Exhibit I"

JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 309802
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
OFFICE OF THE CITY ATTORNEY – City of Riverside
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC SALDIVAR, an individual<br>Plaintiff,<br>v.<br>ABEL SORIA, an individual and EVAN WRIGHT, an individual,<br>Defendants. | **Case No.: 2:20-cv-02081-CAS-PD**<br>***[Assigned to Hon. Christina A. Snyder]***<br>**DECLARATION OF XOCHILT V. ROBLES**<br>[Filed Concurrently with Motion for Mandatory Joinder]<br>Complaint Filed: 1/30/2025<br>Trial Date: 6/29/2026 |

**<u>DECLARATION XOCHILT VANESSA ROBLES</u>**

I, Xochilt V. Robles, declare the following:

1. My full name is Xochilt Vanessa Robles. I also go by Vanessa.
2. I currently live in Riverside, California.
3. My date of birth is December 9, 1993.
4. On January 19, 2012, I gave birth to Elysse Sarina Robles.
5. Ernie David Saldivar, born August 6, 1986, was Elysse's biological father.

6. There is no one else who could be Elysse's father because I was not having sexual intercourse with anyone other than Ernie at the time Elysse was conceived.

7. Ernie was at the hospital with me when I gave birth to our daughter.

8. Ernie and I were married on November 2, 2012.

9. I was still married to Ernie at the time of his death on March 8, 2018.

10. I have received a copy of the Fourth Amended Complaint that is the basis of this lawsuit.

11. I understand that Eric Saldivar, Sr. claims that he has the right to pursue a lawsuit against two police officers for Unlawful Use of Excessive Force in violation of Ernie's rights.

12. I do // do not want to be added as a plaintiff in this lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10 day of october, 2026, at Riverside, California.

XOCHILT V. ROBLES, declarant

CITY ATTORNEY'S OFFICE
50 UNIVERSITY AVE, STE. 250
VERSIDE, CALIFORNIA 92501
(951) 826-5567