# “Exhibit J”

JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 309802
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ERIC SALDIVAR, an individual

Plaintiff,

v.

ABEL SORIA, an individual and EVAN WRIGHT, an individual,

Defendants.

**Case No.: 2:20-cv-02081-CAS-PD**
***[Assigned to Hon. Christina A. Snyder]***

**DECLARATION OF ELYSSE S. ROBLES**

[Filed Concurrently with Motion for Mandatory Joinder]

Complaint Filed: 1/30/2025
Trial Date: 6/29/2026

## DECLARATION ELYSSE SARINA ROBLES

I, Elysse S. Robles, declare the following:

1. My full name is Elysse Sarina Robles. I live in the City of Riverside.

2. My date of birth is January 19, 2012, and I am currently 14 years old.

3. My mother is Xochilt Vanessa Robles, born December 9, 1993.

4. My father was Ernie David Saldivar, born August 6, 1986 and deceased March 8, 2018.

5. I have received a copy of the Fourth Amended Complaint that is the basis of this lawsuit.

6. I understand that my grandfather, Eric Saldivar, Sr. claims he has the right to pursue a lawsuit against two police officers for Unlawful Use of Excessive Force in violation of my father Ernie's rights.

7. I do // do not want to be added as a plaintiff in this lawsuit.

8. I understand that because I am 14 years old, I can appoint a Guardian Ad Litem to represent my interests in this lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16 day of October, 2026, at Riverside, California.

Elysse S. Robles

ELYSSE S. ROBLES, declarant

XOCHILT V. ROBLES, declarant's mother

CITY ATTORNEY'S OFFICE
50 UNIVERSITY AVE, STE. 250
VERSIDE, CALIFORNIA 92501
(951) 826-5567