# "Exhibit K"

# <u>TRANSLATION OF EXHIBIT H</u>

Elysse

To my most beautiful granddaughter…. You are as beautiful as your name.

Loving, grandfather Eric.