# "Exhibit L"

Riverside County Coroner
800 S. Redlands Ave.
Perris, CA 92570
Attn.: Records/Angela Estelle

Dear Ms. Estelle,

I write this letter in authorization for the Riverside County Coroner to release samples of my deceased husband's specimen to the lab company DNA Diagnostics Center. Here is the necessary information:

| | |
|---|---|
| Decedent: | Ernie David Saldivar, DOB 08/06/1986, DOD 03/08/2018 |
| Next of Kin: | Xochilt Vanessa Saldivar aka Xochilt Vanessa Robles, surviving spouse of Ernie Saldivar |
| Lab Company: | DNA Diagnostics Center, Inc.<br>P.O. Box 3047<br>Carol Stream, IL 60132-3047<br>Acct. No.: 3950295<br>Attn.: Wesley McCullough, (513) 645-8879 |

Attached is a copy of my current identification card. If you need any additional information, please contact me at (951) 417-2509. Thank you.

Best,

Xochilt V. Robles

Dated: 10/23/26