**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERIC HENRY SALDIVAR, SR.

Plaintiff,

v.

RIVERSIDE POLICE DEPARTMENT, ET AL.

Defendants.

**CASE NO.: 2:20-cv-02081-CAS-PDx**

**[PROPOSED] ORDER**

Operative Complaint Filed: 03/23/2022
Pretrial Conference: 12/07/2026
Trial Date: 01/10/2027

On or about November 9, 2026, Defendant City of Riverside ("Defendant") filed Motions *in Limine* No. 1-4. Per Local Rule **52-4.1**, Defendant submits this single proposed order encompassing all of the motions made by Defendant. Having considered the motions, any oppositions filed, and any oral arguments at the December 7, 2026 Pretrial Conference hearing on the motions, this Court finds and determines:

///

///

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE., STE. 250
RIVERSIDE, CA 92501
(951) 826-5567

1. Defendants' Motion In Limine No. 1: Is [__] granted/ [__] denied.
   Exclude Theory of Unlawful Entry Into The Home.

2. Defendants' Motion in Limine No. 2: is [__] granted/ [__] denied.
   To Exclude Any Unsubstantiated Theory Of The Hipoint Gun That Decedent Had in His Pocket Was Planted By The Police.

3. Defendants' Motion in Limine No. 3: is [__] granted/ [__] denied.
   Exclude Evidence of A Child's Premature Birth and Proximity to the Incident.

4. Defendants' Motion in Limine No. 4: is [__] granted/ [__] denied.
   To Exclude From Evidence Non-Incident Personnel Files/Records Information of Defendants Evan Wright And Abel Soria, And (2) Non-Incident Use of Force By Defendants.

IT IS SO ORDERED.

DATED: ________________________

________________________________
UNITED STATES DISTRICT JUDGE

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE., STE. 250
RIVERSIDE, CA 92501
(951) 826-5567