MICHEL F. MILLS, SBN# 193002
THE LAW OFFICES OF MICHEL F. MILLS
155 N. Riverview Drive, Suite 208,
Anaheim Hills, CA 92808
T. 714.769.9051
F. 714.685.1500
Michel@mfmillslaw.com

Attorneys for Plaintiff Eric H. Saldivar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HENRY SALDIVAR,<br>Plaintiff,<br><br>v.<br><br>POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.,<br>Defendants. | Case No. 2:20-cv-02081-CAS-PD<br><br>DECLARATION OF MICHEL F. MILLS, ESQ. SUPPORTING PLAINTIFF'S MOTION IN LIMINE NO. 1.<br><br>*[Filed concurrently Plaintiff's Motion in Limine No. 1].*<br><br>DATE: 12/07/26<br>TIME: 11:30 A.M.<br>COURTROOM: 8D<br><br>FAC Filed: 03.23.23<br>Pretrial Conf: 12.07.26<br>Jury Trial Date: 01.05.27 |

CONFIDENTIAL DECLARATION OF MICHEL F. MILLS, ESQ.

I, MICHEL F. MILLS, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California including the United States District Court for the Central District of California. I am lead trial counsel and attorney of record for Plaintiff Eric H. Saldivar in the above captioned Action. I have personal knowledge of the facts set forth within this declaration, and, if called upon, I could and would competently testify to each of the facts contained herein.

2. Attached hereto, as Exhibit A, is a true and correct copy of the Defense' 02/05/24 email used to serve Defendants' *Initial Expert Witness Disclosure*. I received this email on 02/05/24 at approximately 4:00 p.m. Its text stated:

> Attached is Defendants' Expert Witness ***Designations***. *Due to the size of the exhibits,* ***they are attached*** and ***can be accessed*** via the link below.
>
> Please let us know if you have difficulties accessing the link. Ex. 4 at 1.

This raised two problems. First, the email states expressly: "1 file attached." Ex. 4, at 2. It then identified the attached file stating: "Defendants Expert Disclosures.pdf 553.89." *Id*. The referenced file is a seven [7] page document that did not attach or include any exhibits or any reports for any expert.

3. The second problem the message raised is that it purported to serve "the exhibits" via the referenced link. First, the email I received did not provide a functional hyperlink. It merely stated inert text: "Saldivar - Defendants' Expert Witness Disclosures."

4. As a matter of office policy, I never agree to accept electronic service by hyperlink. An email that delivers only a hyperlink does not provide electronic service defined by Fed.R.Civ.P. 5(b)(2) because it does not deliver possession of the pleading or discovery paper being served and because service is not complete upon transmission of the email and cannot be. Even in

a best case scenario including it being functional, a hyperlink can only provide the *recipient* access to an internet site where that *recipient* can go and obtain the thing purportedly served. Thus, the email does not deliver possession: possession requires the recipient to take additional action and, therefore, is conditioned on such action. Such links are unreliable, as anticipated here by inviting contact if I had "difficulties accessing the link,"and they are frequently non-functional when received as happened.

5. I did not agree to accept it in this case. This was the first time the issue arose, and subject was never discussed before this occasion. This was also the first time I received an email from Defense Counsel purporting to make service via hyperlink. Within minutes after I received and reviewed the message, I called the sender, Anne Moreno, and reported: that the email did not serve reports for any expert nor did it attach the referenced exhibits; that I did not agree to accept service via hyperlink, and that, even if I did, the link it referenced was inoperative. I requested the Defense serve its reports by email as attachments or by traditional mail. As of this writing, I still have not agreed to accept service via hyperlink.

6. Thereafter, the Defense did not serve reports for any expert until May 9, 2024 when I received CM/ECF service of its motion for summary judgement and supporting evidence [*MSJ Evidence*]. The materials served as *MSJ Evidence* included, *inter alia*, expert witnesses' declarations, with respective reports, from Brady Held, *111-3, Ex. T* [*Held Rpt.*]; Rod Englert, *111-8, Ex. U* [*Englert Rpt.*]; and Swathi Kode, PhD., *111-11, Ex. 11* [*Kode Rpt.*].

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: November 9, 2026

Respectfully submitted,

LAW OFFICES OF MICHEL F. MILLS

/s/ MICHEL F. MILLS
Attorneys for Plaintiff Eric H. Saldivar