# EXHIBIT A

# Saldivar v. Wright and Soria // Defendants' Expert Witness Designations

From Moreno, Anne <AMoreno@riversideca.gov>

To Mike<Michel@mfmillslaw.com>

CC G Force<GForce@riversideca.gov>

Date Monday, February 5th, 2024 at 3:53 PM

Counsel,

Attached is Defendants' Expert Witness Designations. Due to the size of the exhibits, they are attached and can be accessed via the link below. Please let us know if you have difficulties accessing the link.

Saldivar - Defendants' Expert Witness Disclosures

**Anne Moreno**

*Legal Secretary*

City of Riverside

3750 University Avenue, Suite 250

Riverside, CA 92501

Main: 951.826.5567

Direct: 951.826.5729

**gforce@riversideca.gov**

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.

---

**564.22 KB** 1 file attached 1 embedded image

Defendants' Expert Disclosures.pdf 553.89 KB