UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HENRY SALDIVAR,<br>Plaintiff,<br><br>v.<br><br>POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.,<br>Defendants. | Case No. 2:20-cv-02081-CAS-PD<br><br>[PROPOSED] ORDER<br><br>District Judge: Hon. Christina A. Snyder<br><br>Magistrate Judge: Hon. Patricia Donahue |

Pending before this Court is Plaintiff Eric H. Saldivar's Motions in Limine No. 1 and 2 pursuant to L.R. 52-4.1. Having considered the moving and opposing briefs, all supporting evidence, the records and files in this matter, and the argument of counsel, and with good cause shown, the Court finds:

**IT IS ORDERED**, that:

1. Plaintiff's Motion in Limine No. 1: To Exclude Evidence from Defense Retained Expert Witnesses.
   Is [__] granted/ [__] denied.

2. Plaintiff's Motion in Limine No. 2: To Exclude Evidence and Testimony Regarding the Discovery and Recovery of a Handgun from Decedent Ernie Saldivar's Clothing.
   Is [__] granted/ [__] denied.

**IT IS SO ORDERED**.

DATED:______________, 2026 By: ________________________________________

The Honorable Christina A. Snyder

UNITED STATES DISTRICT JUDGE