JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT COURT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR, SR.<br>Plaintiff,<br>v.<br>RIVERSIDE POLICE DEPARTMENT, ET AL.<br>Defendants. | **CASE NO.: 2:20-cv-02081-CAS-PDx**<br>**PARTIES' JOINT EXHIBIT LIST**<br>Fourth Amended Complaint Filed: March 23, 2022<br>Trial Date: January 5, 2027 |

PLEASE TAKE NOTICE, pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16-6.1, the parties submit the following list of exhibits that may be used and/or entered at the time of trial:

The parties reserve the right to present impeachment or rebuttal evidence not herein identified and to amend and/or modify this Exhibit List as necessary.

# JOINT EXHIBIT LIST

## PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Policy 300, *USE OF FORCE*, Riverside Police Department Policy Manual, © Lexipol, LLC, 2017/08/02. | | |
| 2. | Policy 305, *CONTROL DEVICES AND TECHNIQUES*, Kinetic Energy Projectile (Less Lethal) Guidelines, ¶ 305.9 Riverside Police Department Policy Manual, © Lexipol, LLC, 2017/08/02. | | |
| 3. | Policy 307, *INVESTIGATIONS OF OFFICER INVOLVED SHOOTINGS AND INCIDENTS WHERE DEATH OR SERIOUS LIKELIHOOD OF DEATH RESULTS*, Policy Manual, © Lexipol, LLC., 2017/08/02. | | |
| 4. | Policy 330, *CONDUCT*, Policy Manual, © Lexipol, LLC., 2017/08/02. | | |
| 5. | Policy 331, *[Revised] INVESTIGATION OF DISCIPLINARY ALLEGATIONS*, operative on 03/08/2018. | | |
| 6. | Policy 336.7, *Testifying Against the Interest of the People of the State*, Policy Manual, © Lexipol, LLC., 2017/08/02. | | |
| 7. | 4.8 *Investigations of Officer Involved Shootings etc.*, Rev. 6, Eff. 05/26/2011, Policies and Procedures Manual. | | |
| 8. | 4.30 *Use of Force Policy*, Rev. 7, Eff. Date 11/01/2004, Policies and Procedures Manual. | | |
| 9. | 4.30 *Use of Force Policy*, Rev. 8, Eff. Date 04/16/2009, Policies and Procedures Manual. | | |
| 10. | 4.30 *Use of Force Policy*, Rev. 9, Eff. Date 04/08/2011, Policies and Procedures Manual. | | |



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 11. | Redacted transcript of Defendant Able Soria's OIS interview [03/09/2018] | | |
| 12. | Declaration of Vanessa X. Robles-Saldivar with Exhibit A (Assignment Agreement she signed on [11/29/2023]) and Exhibit B (CDL). | | |
| 13. | Assignment Agreement; Endorsed by Xochilt V. Robles-Saldivar [11/29/2023], and Plaintiff Eric H. Saldivar [12/06/2023]. | | |
| 14. | 4.49, *Less Lethal Weapons Systems and Deployment*, Rev. 3, Eff. Date 02/01/2008, Policies and Procedures Manual. | | |
| 15. | Redacted transcript of Defendant Evan Wright's OIS interview [03/09/2018] | | |
| 16. | Exhibit A to the Deposition Transcript of Lisa A. Castillo. | | |
| 17. | Exhibit B to the Deposition Transcript of Lisa A. Castillo. | | |
| 18. | Exhibit C to the Deposition Transcript of Lisa A. Castillo. | | |
| 19. | Exhibit D to the Deposition Transcript of Lisa A. Castillo. | | |
| 20. | Exhibit E to the Deposition Transcript of Lisa A. Castillo. | | |
| 21. | Exhibit A to the Deposition Transcript of Stephanie Lucio | | |
| 22. | Exhibit B to the Deposition Transcript of Stephanie Lucio. | | |
| 23. | Exhibit C to the Deposition Transcript of Stephanie Lucio. | | |
| 24. | Exhibit D to the Deposition Transcript of Stephanie Lucio. | | |
| 25. | Exhibit E to the Deposition Transcript of Stephanie Lucio. | | |

**DEFENDANTS' EXHIBITS**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 26. | RPD Report re Ernie Saldivar 2017 drive by shooting | | |
| 27. | RPD Supplemental Report re Ernie Saldivar 2017 drive by shooting | | |



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 28. | RPD Report re Ernie Saldivar - Xochilt Robles Assault with Deadly Weapon incident | | |
| 29. | RPD Supplemental Report re Ernie Saldivar - Xochilt Robles Assault with Deadly Weapon incident | | |
| 30. | Criminal search warrant for Decedent, Ernie D. Saldivar; | | |
| 31. | Riverside Police Officer Reports of RPD Metro Officer Lopez (#1011) (involved in accident and canvass interviews) | | |
| 32. | Riverside Police Officer Reports of Metro Officer Park (#1486) (involved in accident and canvass interviews), | | |
| 33. | Riverside Police Officer Reports of Metro Officer Monreal (#1616) (involved in accident and canvass interviews), | | |
| 34. | Riverside Police Officer Reports of Officer Braun (#616) (scene response and security), | | |
| 35. | Riverside Police Officer Reports of Officer Estrada (#5426) (scene response and security), | | |
| 36. | Riverside Police Officer Reports of Officer Cleary (#1754) (scene response and security), | | |
| 37. | Riverside Police Officer Reports of Officer Glover (#1406) (scene response and security), | | |
| 38. | Riverside Police Officer Reports of Officer De La Torre (#1222) (scene response and security), | | |
| 39. | Riverside Police Officer Reports of Officer Nelson (#1826) (scene response and security), | | |
| 40. | Riverside Police Officer Reports of Officer Brandt (#1821) (scene response and security), | | |
| 41. | Riverside Police Officer Reports of Officer Simmons (#556) (supplemental report), | | |
| 42. | Riverside Police Officer Reports of Officer McKay-Davis (#1310) (property collection), | | |
| 43. | Riverside Police Officer Reports of Officer Robinson (#1577) (property collection), | | |
| 44. | Riverside Police Officer Reports of Sergeant Pap (#1668) (involved in accident and canvass interviews), | | |
| 45. | Riverside Police Officer Reports of Detective Adcox (#1463) (evidence collection), | | |



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 46. | Riverside Police Officer Reports of Detective Cobb (#260) (evidence collection) | | |
| 47. | Audio Recording – Post Incident | | |
| 48. | Audio Recording – Post Incident, Medical Aide | | |
| 49. | Audio Recording – After Incident, Medical Aide | | |
| 50. | Audio Recording – Assault Stage | | |
| 51. | Audio Recording – Confirming Stage | | |
| 52. | Audio Recording – Engine 17 | | |
| 53. | Audio Recording – Engine 17 | | |
| 54. | Audio Recording – Full Arrest, Additional Resources | | |
| 55. | Audio Recording – Need to Stage_ Suspect Down | | |
| 56. | BWC recording - Post Incident | | |
| 57. | BWC recording – Witness George Takahashi | | |
| 58. | BWC recording – Witness Art Robles | | |
| 59. | BWC recording – Inside Vehicle | | |
| 60. | BWC recording – K9 Residence Sweep | | |
| 61. | DashCam- View of Police Units and Home, 1826@20180308173548_5201833.mpg | | |
| 62. | DashCam- View of Police Units and Home, 1821@20180308173628_5201831.mpg | | |
| 63. | DashCam- View of Police Units and Home, 1001@20180308173423_5201827.mpg | | |
| 64. | Audio re Radio Traffic | | |
| 65. | Audio re Radio Call | | |
| 66. | Audio re Radio Call | | |
| 67. | Audio re Radio Call | | |
| 68. | Audio re Radio Call, Notification of Surveillance | | |
| 69. | Audio re Recording of the Incident | | |
| 70. | Audio and Transcript re RPD to RSO ("Ok to roll in") | | |
| 71. | Audio and Transcript re RSO Radio Traffic call | | |
| 72. | Audio re Scene Briefing | | |
| 73. | Audio re Shots Fired, Suspect Down | | |
| 74. | Photographs of Aerial | | |
| 75. | Photographs of Autopsy of Ernie Saldivar | | |
| 76. | Photographs of Charting Photos | | |
| 77. | Photographs of Primary Scene Photos | | |

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 78. | Photographs of Scene Photos | | |
| 79. | Photographs of Secondary Scene Photos | | |
| 80. | Google Images of Garage | | |
| 81. | Google Image of Street of Willowbrook from 9994 Willowbrook Eastbound view towards home where OIS took place | | |
| 82. | RSO Autopsy Report of Ernie Saldivar | | |
| 83. | RSO Supplemental Autopsy Report of Ernie Saldivar, dated 12/6/23 | | |
| 84. | Toxicology Report of Ernie Saldivar | | |
| 85. | Death Certificate of Ernie Saldivar | | |
| 86. | Video, Audio and Transcript of Interview - Witness Samuel Romo | | |
| 87. | Audio and Transcript of Interview - Witness Lisa Castillo | | |
| 88. | Audio interview of RPD Officer Sancho Lopez | | |
| 89. | Audio interview of Officer Robert Monreal | | |
| 90. | Audio interview of Officer Jeffrey Pap | | |
| 91. | Audio interview of Officer HenryPark | | |
| 92. | Audio interview of Officer Abel Soria | | |
| 93. | Audio interview of Officer Evan Wright | | |
| 94. | RSO Incident Report – Initial dated 3/8/18 Interior Perimeter report | | |
| 95. | RSO Incident Report – Supplemental dated 3/8/18 re Witness Transport | | |
| 96. | RSO Incident Report – Supplemental dated 3/8/18 re Incorporation Report of Officer Charting of photos taken of Officers/Attire/Weapons | | |
| 97. | RSO Incident Report – Supplemental dated 3/8/18 re Canvas of Interior, Perimeter, and Security | | |
| 98. | RSO Incident Report – Supplemental dated 3/8/18 re Perimeter | | |
| 99. | RSO Incident Report – Supplemental dated 3/8/18 re Interior Perimeter | | |
| 100. | RSO Incident Report – Supplemental dated 3/8/18 re Response | | |
| 101. | RSO Incident Report – Supplemental dated 3/8/18 re Scene | | |
| 102. | RSO Incident Report – Supplemental dated 3/8/18 re Response /Assist with Transport of Occupants | | |



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 103. | RSO Incident Report - Supplemental dated 3/8/18 re Interview of Lisa Castillo | | |
| 104. | RSO Incident Report - Supplemental dated 3/8/18 re RPD Digitial Recorder track collection | | |
| 105. | RSO Incident Report dated 3/9/18 – Search Warrant Preparation re Willowbrook | | |
| 106. | RSO Incident Report dated 3/9/18 – Notification and Response | | |
| 107. | RSO Incident Report - Supplemental dated 3/8/18 re Charting of RPD Officer Henry Park | | |
| 108. | RSO Incident Report - Supplemental dated 3/8/18 re Charting of RPD Officer Jeffrey Pap | | |
| 109. | RSO Incident Report - Supplemental dated 3/8/18 re Charting of RPD Officer Sancho Lopez | | |
| 110. | RSO Incident Report - Supplemental dated 3/8/18 re Charting of RPD Officer Robert Monreal | | |
| 111. | RSO Incident Report - Supplemental dated 3/9/18 re Charting of RPD Officer Evan Wright | | |
| 112. | RSO Incident Report - Supplemental dated 3/9/18 re Charting of Officer Abel Soria | | |
| 113. | RSO Supplemental Incident Report dated 3/18/18 | | |
| 114. | RSO Incident Report - Supplemental dated 3/20/18 re Autopsy Report | | |
| 115. | RSO Incident Report - Supplemental dated 3/20/18 re “CATCH” report reference/ surveillance video- Willowbrook residence | | |
| 116. | RSO Incident Report – Supplemental dated 3/28/18 re Incorporation of RSO Dispatch Incident History Report/Logs & 911 Radio Recording for Incident JV180670133 | | |
| 117. | RSO Incident Report - Supplemental dated 3/29/18 re Notification and Response | | |
| 118. | RSO Incident Report - Supplemental dated 3/29/18 re Evidence release to RPD (Johnson). Intvw w RPD Det. Adcox ref SUS info related to prior 245 PC. | | |
| 119. | RSO Incident Report - Supplemental dated 4/17/18 re Incorporation of CAL-Fire Dispatch Incident Reports/Logs & 911/Radio Recordings for Incident | | |



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 120. | RSO Incident Report - Supplemental dated 4/17/18 re Identifying Aerial photographs taken | | |
| 121. | RSO Incident Report - Supplemental dated 4/17/18 re Autopsy | | |
| 122. | RSO Incident Report - Supplemental dated 4/18/18 re Summary Interview Report RPD Officer Monreal | | |
| 123. | RSO Incident Report - Supplemental dated 4/18/18 re Interview of RPD Officer Soria | | |
| 124. | RSO Incident Report - Supplemental dated 4/18/18 re Notification & Response to Scene - 9931 Willbrook Ave., Jurupa Valley | | |
| 125. | RSO Incident Report – Supplemental dated 4/26/18 re Crime Scene Diagram by Technician Leon | | |
| 126. | RSO Incident Report – Supplemental dated 4/26/18 re Crime Scene Diagram by Technician Whaley | | |
| 127. | RSO Incident Report – Supplemental dated 4/26/18 re Crime Scene Photographs | | |
| 128. | RSO Incident Report - Supplemental dated 5/3/18 re Interview of RPD Officer Wright | | |
| 129. | RSO Incident Report - Supplemental dated 5/15/18 re Summary Interview Report Officer Pap | | |
| 130. | RSO Incident Report - Supplemental dated 5/15/18 re Summary Interview Report Officer Lopez | | |
| 131. | RSO Incident Report - Supplemental dated 3/1/19 re Incorporation Report - FT Muschell - Officer Charting | | |
| 132. | RSO Incident Report - Supplemental dated 3/1/19 re Stephanie Rocio Interview | | |
| 133. | RSO Incident Report - Supplemental dated 5/29/19 re Staffing/Closure Report | | |
| 134. | RSO Incident Report - Supplemental dated 12/6/18 re Documentation & Incorporation of CATCH DVR Download Results & Coroner Autopsy Protocol Packet | | |
| 135. | RSO Incident Report - Supplemental dated 12/12/23 re Firearm Examination & Function Test | | |



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 136. | RSO Incident Report - Supplemental dated 12/12/23 re Summary Interview of Samuel Romo | | |
| 137. | RSO Case Book Index | | |
| 138. | Los Angeles County Department of Medical Examiners Report dated 1/3/24 re Gun Shot Residue | | |
| 139. | Riverside Police Department Policy` Manual; | | |
| 140. | DOJ Notification of Acquisition and Correlation | | |
| 141. | DOJ Firearm Tracing Summary | | |
| 142. | RPD CAD Report Summary for the incident; | | |
| 143. | Reports by Riverside County District Attorney investigation, conclusions, findings, etc. | | |
| 144. | Criminal Records re Plaintiff Eric Saldivar's Inmate Visitation History | | |
| 145. | Criminal Records re Plaintiff Eric Saldivar's Felony Complaint filed September 7, 2004 | | |
| 146. | Recorded Statement of Xochilt Robles dated October 2, 2026 (redacted) | | |
| 147. | Screenshot Photo of Ernie Saldivar holding Elysse Robles as an infant | | |
| 148. | Photo of a drawing by Ernie Saldivar- depicting Ernie Saldivar and infant Elysse Robles with writing "Daddy's Little Girl". | | |
| 149. | Screenshot Photo of Ernie Saldivar hugging Elysse Robles | | |
| 150. | Screenshot Side by Side Photo of Ernie Saldivar and Elysse Robles, both as infants | | |
| 151. | Screenshot Photo of Text Message by Ernie to cousin "Tee" acknowledging Elysse as his daughter | | |
| 152. | Screenshot of Letter written by Plaintiff Eric Saldivar to his granddaughter Elysse Robles - undated | | |
| 153. | Screenshot Video Recording of Ernie Saldivar with Elysse Robles | | |
| 154. | Screenshot Video Recording of Ernie Saldivar with Elysse Robles | | |
| 155. | Three Photos of Elysse Robles at Ernie Saldivar's Funeral | | |



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 156. | One photo of Elysse Robles while wearing T-shirt with Ernie Saldivar's photo, "Rest in Peace…" | | |
| 157. | Drawing of Elysse with Ernie Saldivar | | |
| 158. | Expert Brady Held Rule 26 Report | | |
| 159. | Expert Jeffrey Martin Rule 26 Report | | |
| 160. | Expert Rod Englert Rule 26 Report | | |
| 161. | Expert Swathi Kode Rule 26 Report | | |
| 162. | Expert Martin Breen Rule 26 Report | | |
| 163. | Expert Joshua Rosenfsky Rule 26 Report | | |
| 164. | Plaintiff's Response to Request for Production of Documents Set One | | |
| 165. | <u>Plaintiff's Production Set One:</u><br>RSO reports/ PRA records<br>IA Interviews re various officers. | | |
| 166. | Plaintiff's Response to Request for Production of Documents Set Two | | |
| 167. | <u>Plaintiff's Production Set Two:</u><br>IA Statement re Abel Soria<br>RSO reports<br>RPD policy/manual | | |
| 168. | Plaintiff's Response to Request for Production of Documents Set Three | | |
| 169. | <u>Plaintiff's Production Set Three:</u><br>Death Certificate<br>RSO reports/ PRA records<br>IA Interview re various officers | | |
| 170. | Plaintiff's Response to Request for Production of Documents Set Four | | |
| 171. | <u>Plaintiff's Production Set Four:</u><br>RSO reports (PRA stamped);<br>IA Interview re Soria and RSO reports (PRA stamped) RPD Manual/Policy. | | |
| 172. | Plaintiff's Response to Request for Production of Documents Set Five | | |
| 173. | <u>Plaintiff's Production Set Five:</u><br>Death Certificate<br>National Consensus Documents on Use of Force, International Assoc of Chiefs of Police Policy/ IACP Law Enforcement Policy Center | | |
| 174. | Plaintiff's Response to Request for Production of Documents Set Six | | |

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

| | | | |
|---|---|---|---|
| 175. | Plaintiff's Production Set Six:<br>International Assoc of Chiefs of Police Policy Excel Sheet re OIS (2013-2020)<br>233RPD List of Complaints<br>COR Community Police Review Commission<br>COR Pubic Records Portal page<br>COR Policy Manual #331. | | |
| 176. | Plaintiff's Response to Request for Production of Documents Set Seven | | |
| 177. | Plaintiff's Production Set Seven:<br>Eric Saldivar's Civil Rights Complaint vs Riverside,<br>PRA request to RPD<br>IA Interviews re Wright and Soria<br>RSO reports<br>Mike Bumcrot Consulting Report of Investigation<br>Coroner documents<br>Saldivar Pleadings<br>PRA request by Bonnie Garcia, Death Certificate | | |

DATED: November 16, 2026 LAW OFFICES OF MICHEL F. MILLS

By: /s/ *Michel Mills*
Michel F. Mills
Attorney for Plaintiff, Eric Saldivar, Sr.

DATED: November 16, 2026 OFFICE OF THE CITY ATTORNEY

By: */s/ Aisha C. Novasky*
Aisha C. Novasky
Nadin S. Said
Attorneys for Defendants



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567