JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Senior Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT COURT OF CALIFORNIA**

ERIC HENRY SALDIVAR, SR.

Plaintiff,

v.

RIVERSIDE POLICE DEPARTMENT, ET AL.

Defendants.

**CASE NO.: 2:20-cv-02081-CAS-PDx**

**PARTIES JOINT WITNESS LIST**

Fourth Amended Complaint Filed: March 23, 2022

Trial Date: January 5, 2027

PLEASE TAKE NOTICE, pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16-5, Defendants submit this list of witnesses they intend to call at trial:

**PLAINTIFF'S ANTICIPATED WITNESSES:**

1. Plaintiff Eric Saldivar, Sr.
2. Lisa Castillo
3. Stephanie Lucio
4. Samuel Romo
5. Defendant Evan Wright, 1453
6. Defendant Abel Soria, 1568
7. Sancho Lopez, RPD S.W.A.T. Team (#1011)

8. Robert Monreal RPD S.W.A.T. Team (#1616)
9. Henry Park RPD S.W.A.T. Team (#1486)
10. Jeffrey Pap RPD S.W.A.T. Team (#1668)

**DEFENDANTS' ANTICIPATED WITNESSES:**

1. Plaintiff Eric Saldivar, Sr.
2. Samuel Romo
3. Lisa Castillo
4. Stephanie Lucio *
5. Xochilt Robles
6. Elysse Robles
7. Defendant, RPD Sergeant Evan Wright
8. Defendant, RPD Lieutenant Abel Soria
9. Bryant Long, Parole Officer
10. RPD Metro Officer Sancho Lopez (#1011)
11. RPD Metro Officer Henry Park (#1486)
12. RPD Metro Officer Monreal (#1616)
13. RPD Officer Nelson (#1826)
14. RPD Sergeant Jeffrey Pap (#1668)
15. RPD Sergeant Adcox (#1463)
16. Sergeant Ramirez (#2343) *
17. Deputy Gilbert (#4789) *
18. Deputy Martinez (#4904) *
19. Deputy Balderrama (#3935) *
20. Deputy Arredondo (#5019) *
21. Deputy Chua (#4869) *
22. Deputy Hood (#4451) *



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

23.Deputy Turner (#3216) *
24.Deputy Navarrete (#4047) *
25.K9 Deputy Noyes (#3184) *
26.OA III Lytle (#N3632) *
27.Coroner Sergeant Albert (#N3934) *
28.Deputy Coroner Lily Gonzalez (#N4294) *
29.Coroner Technician Zelon (#N6119) *
30.Erin Crabtrey, MS, D-ABFT-FT, Bio-Tox *
31.Many Leung, Toxicologist *
32.Ola Bawardi, Toxicologist *
33.Kristen Steward, Toxicologist *
34.Pathologist Dr. Fajardo *
35.Investigator Liu (#2923) *
36.Investigator Peter (#2985) *
37.Investigator Perez (#3562) *
38.Investigator Martinez (#3851) *
39.Cal Fire Paramedic Parrish (#P27710) *
40.Forensic Technician Muschell (#N6312) *
41.Forensic Technician Scott (#N6279) *
42.Forensic Technician Whaley (#N5937) *
43. Forensic Technician Almendariz (#N6382) *
44.Forensic Technician Morrow (#N2857) *
45.Forensic Technician Leon (#N6154) *
46.DA Investigator Campos *
47.Nelson Gomez, RSO Master Investigator
48.Samantha Ingalis, LAC Gun Residue Testing and Analysis
49.Brady Held, Courtroom Animation Expert
50.Jeffrey Martin, Human Factors Expert
51.Rod Englert, Ballistics Expert



CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

52. Swathi Kode, Biomechanical Expert
53. Martin H. Breen, Toxicology Expert
54. Josh Rosefsky, Audio Enhancement Expert
55. Denny Corbett, Retired, RPD Lieutenant
56. Katelin Hogan, Sorenson Forensics
57. Samantha Ingalls, County of LA Dept. of Medical Examiner
58. Brett Bittner, Private Investigator*

*Parties reserve the right to amend or modify this witness list by adding or deleting witnesses as may be appropriate upon prompt notice to other parties.

November 16, 2026 LAW OFFICES OF MICHEL F. MILLS

By: *_/s/ Michel Mills_*
Michel F. Mills
Attorney for Plaintiff, Eric Saldivar, Sr.

November 16, 2026 OFFICE OF THE CITY ATTORNEY

By: *_/s/ Aisha Novasky_*
Aisha C. Novasky
Nadin S. Said
Attorneys for Defendants

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567