MICHEL F. MILLS, SBN# 193002
THE LAW OFFICES OF MICHEL F. MILLS
155 N. Riverview Drive, Suite 208,
Anaheim Hills, CA 92808
T. 714.769.9051
F. 714.685.1500
Michel@mfmillslaw.com

Attorneys for Plaintiff Eric H. Saldivar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC HENRY SALDIVAR,
Plaintiff,

v.

POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.,
Defendants.

Case No. 2:20-cv-02081-CAS-PD

PLAINTIFF'S WITNESS LIST FOR TRIAL

District Judge:
Hon. Christina A. Snyder

Magistrate Judge:
Hon. Patricia Donahue

| | |
|---|---|
| DATE: | 12.07.26 |
| TIME: | 11:30 A.M. |
| COURTROOM: | 8D |
| FAC Filed: | 03.23.23 |
| Final Pretrial Conf. | 12.07.26 |
| Trial Date: | 01.05.27 |

PLEASE TAKE NOTICE, pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16-5, Plaintiff Saldivar submits this list of witnesses he intends to call at trial:

| WITNESSES | | | | |
|---|---|---|---|---|
| Witness Name | Direct Time Estimate | Cross-Exam Estimate | Re-Direct Time Est. | Total Time Estimate |
| Plaintiff<br>Eric H. Saldivar, Sr. | 1 hr. | | 30 mins. | |
| Lisa Castillo | 1 hr. | | 30 mins. | |
| Stephanie Lucio | 1 hr. | | 30 mins. | |
| Samuel Romo | 15 mins. | | 10 mins. | |
| Defendant<br>Evan Wright, 1453 | 1 hr. | | 30 mins. | |
| Defendant<br>Able Soria, 1568 | 1 hr. | | 30 mins. | |
| Sancho Lopez, 1011,<br>RPD S.W.A.T. Team | 15 mins. | | 15 mins. | |
| Robert Monreal, 1616,<br>RPD S.W.A.T. Team | 15 mins. | | 15 mins. | |
| Henry Park, 1486,<br>RPD S.W.A.T. Team | 15 mins. | | 15 mins. | |
| Jeffery Pap, 1668,<br>RPD S.W.A.T. Team | 15 mins. | | 15 mins. | |
| Eric H. Saldivar, Jr. | 1 Hr. | | 30 mins. | |
| Larry Chagolla | 1 Hr. | | 30 mins. | |

TOTAL TIME: 13 Hrs. 10 min.

*Plaintiff reserves the right to amend or modify this witness list by adding or deleting witnesses as may be appropriate upon prompt notice to other parties.

DATED: 11.26.26

Respectfully submitted,

/s/ MICHEL F. MILLS

LAW OFFICES OF MICHEL F. MILLS
Attorneys for Plaintiff Eric H. Saldivar