MICHEL F. MILLS, SBN# 193002
THE LAW OFFICES OF MICHEL F. MILLS
155 N. Riverview Drive, Suite 208,
Anaheim Hills, CA 92808
T. 714.769.9051
F. 714.685.1500
Michel@mfmillslaw.com

Attorneys for Plaintiff Eric H. Saldivar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC HENRY SALDIVAR,
Plaintiff,

v.

POLICE OFFICERS EVAN WRIGHT, ABEL SORIA, et al.,
Defendants.

Case No. 2:20-cv-02081-CAS-PD

PLAINTIFF SALDIVAR'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4.

District Judge:
Hon. Christina A. Snyder

Magistrate Judge:
Hon. Patricia Donahue

| | |
|---|---|
| DATE: | 12.07.26 |
| TIME: | 11:30 A.M. |
| COURTROOM: | 8D |

| | |
|---|---|
| FAC Filed: | 03.23.23 |
| Final Pretrial Conf. | 12.07.26 |
| Trial Date: | 01.05.27 |

## MEMORANDUM OF POINTS AND AUTHORITIES

By failing to identify any specific evidence to be excluded or the context in which such evidence might be offered, Defendants' Motion in Linine No. 4 seeks to exclude evidence that is clearly relevant, probative and not unfairly prejudicial. While Plaintiff would agree that evidence of generic allegations of excessive, but not deadly, force are not probative of the issues here, evidence pertaining to a Defendant's past uses of deadly foce may be relevant, probative and not be unfairly prejudicial. However, the abstract generalization the Defense asserts by its MIL No. 4 fails to identify any specific evidence to be excluded. Also, because it is grossly premature, the motion fails to provide the context necessary to determine admissability. Plaintiff respectfully requests this Court DENY Defendants' Motion in Limine No. 4 because the evidence that Defendants Wright and Soria entered the property illegally is relevant, probative of material issues and because it relevance is not clearly outweighed by its risk of *unfair* prejudice.

For the reasons argued above, Plaintiff respectfully requests this Court DENY Defendants' Motion in Limine No. 4.

DATED: 11.17.26 Respectfully submitted,

/s/ MICHEL F. MILLS

LAW OFFICES OF MICHEL F. MILLS
Attorneys for Plaintiff Eric H. Saldivar