JAMES JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

Attorneys for Defendants, EVAN WRIGHT, an individual, and ABEL SORIA, an individual

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC HENRY SALDIVAR, SR.<br>Plaintiff,<br>v.<br>RIVERSIDE POLICE DEPARTMENT, ET AL.<br>Defendants. | **CASE NO.: 2:20-cv-02081-CAS-PDx**<br><br>**DECLARATION OF NADIN S. SAID IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS; DNA RESULTS RE PATERNITY OF MINOR CHILD ATTACHED AS EXHIBIT C; EX PARTE APPLICATION TO CONSIDER EXHIBIT C IN LIGHT OF HEARING ON 11/30/2026**<br><br>Operative Complaint Filed: 03/23/2022<br>Pretrial Conference: 12/07/2026<br>Hearing Date: 11/30/2026<br>Trial Date: 01/10/2027 |

## DECLARATION OF NADIN S. SAID

I, Nadin S. Said, declare the following:

1. I am an attorney at law, duly authorized to practice before this Court. I am a Senior City Attorney with the Riverside City Attorney's Office, attorney of record for Defendants Abel Soria and Evan Wright in the instant case.

2. I have personal knowledge of the matters stated herein, except those stated upon information and belief, and to those matters, I believe them to be true. If called to testify to the matters herein, I could and would testify competently thereto.

3. Our **office received DNA confirmation today at 12:00 p.m. that decedent Ernie David Saldivar is the biological father of minor, Elysse S. Robles**. Attached hereto as **Exhibit C** is a true and correct copy of DNA Test Report dated November 20, 2026. Specifically, I received an email from the private investigator I hired, who has been working with Xochilt Robles regarding the DNA test of the minor child, E. Robles.

4. This DNA result supports defendants' Motion to Dismiss, which is presently set for November 30, 2026.

5. Based on the DNA results, defendants request that **Exhibit C** be considered on an ex parte basis in light of the hearing being on November 30, 2026. The reason for the ex parte circumstance is having just received the results of the DNA test, and the hearing is in one week. Without this dispositive evidence being heard, it would tremendously impact the integrity of the hearing and this Court's ability to, by law, dismiss Plaintiff's first claim against Defendants since Plaintiff is **not** the successor in interest and has no standing to assert the claim.

6. I gave notice to plaintiff's counsel of ex parte hearing pursuant to Local Rule 7-19. I called him at 12:32 p.m. on his cell phone and left a voicemail. I also emailed him summarizing my reason for the call, letting him know (which he has been aware of since Defendants filed the Motion) that the DNA results came back today and definitely show Ernie Saldivar, Decedent, is the father of E. Robles. Attached hereto as **Exhibit D** is a true and correct copy of the email to Mr. Mills giving him ex parte notice on November 23, 2026. He responded to my email at approximately 2 pm and said he would oppose. I asked him on what basis or grounds. He did not provide an answer as of yet.

7. I will also file and serve the proposed order.

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of November 2026, at Riverside, California.



Nadin S. Said
Declarant

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

EXHIBIT "C"

# DNA Test Report

Ref No. QM4423

DDC is accredited/certified by AABB, CAP, ISO/IEC 17025 by ANAB, CLIA & NYSDOH.

| Case 3950295 | CHILD | | Alleged FATHER | |
|---|---|---|---|---|
| Name | ELYSSE S ROBLES | | ERNIE DAVID SALDIVAR | |
| Race | | | Hispanic | |
| Sample Type | Buccal | | Blood Card | |
| Date Collected | 11/16/2026 | | 11/13/2026 | |
| Test No. | 3950295-20 | | 3950295-30 | |

| Locus | PI | Allele Sizes | | Allele Sizes | |
|---|---|---|---|---|---|
| D3S1358 | **1.31** | 15 | | 13 | 15 |
| vWA | **1.90** | 15 | 17 | 17 | |
| D16S539 | **0.92** | 9 | 11 | 11 | 13 |
| CSF1PO | **0.70** | 11 | 12 | 10 | 12 |
| TPOX | **2.63** | 11 | 12 | 8 | 12 |
| D8S1179 | **1.66** | 13 | | 13 | 15 |
| D21S11 | **2.23** | 28 | 29 | 28 | 32.2 |
| D18S51 | **2.12** | 12 | 16 | 16 | 23 |
| D2S441 | **1.35** | 11 | | 10 | 11 |
| D19S433 | **1.69** | 13.2 | 15 | 14 | 15 |
| TH01 | **0.91** | 6 | 9.3 | 6 | 7 |
| FGA | **10.87** | 26 | 27 | 25 | 27 |
| D22S1045 | **1.18** | 15 | | 15 | 17 |
| D5S818 | **2.45** | 11 | 13 | 11 | 13 |
| D13S317 | **0.99** | 9 | 12 | 11 | 12 |
| D7S820 | **1.91** | 10 | 11 | 10 | |
| SE33 | **3.23** | 18 | | 18 | 28.2 |
| D10S1248 | **1.68** | 13 | 14 | 13 | 14 |
| D1S1656 | **1.67** | 13 | 15 | 15 | 16.3 |
| D2S1338 | **3.88** | 22 | 23 | 17 | 22 |
| Amelogenin | | X | | X | Y |

Interpretation:

RN: 11705641

Combined Paternity Index: **140,774**

Probability of Paternity: **99.999%**

The alleged father is not excluded as the biological father of the tested child. Based on testing results obtained from analyses of the DNA loci listed, the probability of paternity is 99.999%. This probability of paternity is calculated by comparing to an untested, unrelated, random individual of the Hispanic population (assumes prior probability equals 0.50).

The foregoing instrument was acknowledged before me by the signed Laboratory Director on November 20, 2026

NOTARIAL SEAL STATE OF OHIO

Sarah Thomas
State of Ohio, County of Butler
My Commission Expires November 9, 2027

I, the undersigned Laboratory Director, verify that the interpretation of the results is correct as reported on 11/20/2026.

Deepti L. Kumar, Ph.D.

End of Report

EXHIBIT "D"

**From:** Said, Nadin
**To:** Mike
**Cc:** Guerrero, Yesenia; Novasky, Aisha
**Subject:** Ex Parte Notice For 11/30/2026 Saldivar v Wright / Soria
**Date:** Monday, November 23, 2026 12:55:28 PM
**Attachments:** image001.png

---

Hi Mr. Mills,

I left you a voicemail at 12:32 pm. We received the results for the paternity test regarding Elysee. She is the daughter of Ernie Saldivar. We will be filing the results with the court and seeking that although it is passed the time to file anything regarding the Motion to Dismiss, we still want her to consider it and dismiss the first cause of action.

Thank you.

**Nadin S. Said**
Senior Deputy City Attorney
Litigation Division
City Attorney's Office
3750 University Ave, Suite 250
Riverside, CA 92501
Main: 951.826.5567

***A**dvancing **R**iverside's **V**ision with **I**ntegrity and **A**dvocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.