JAMES ALLEN JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Asst. City Attorney, SBN 279485
NADIN S. SAID, Sr. Deputy City Attorney, SBN 309802
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
orange@riversideca.gov

Attorneys for Defendants, EVAN WRIGHT, an individual, and ABEL SORIA, an individual

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERIC HENRY SALDIVAR, SR.

Plaintiff,

v.

RIVERSIDE POLICE DEPARTMENT, ET AL.,

Defendants.

Case No.: 2:20-cv-02081-CAS-PDx

**[PROPOSED] ORDER RE EX PARTE APPLICATION TO CONSIDER DNA RESULTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Fourth Amended Complaint Filed: March 23, 2022
Trial Date: January 10, 2027

On November 23, 2026, Defendants counsel, Nadin S. Said, filed a Declaration in Support of Defendants' Motion to Dismiss, based on having received DNA/Paternity results on November 23, 2026, confirming decedent, Ernie David Saldivar, was the father of Elysse S. Robles, Exhibit C.

Having considered Defendants' Declaration of Nadin S. Said, the Court hereby considers Exhibit C as part of the Evidence in Support of the Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: ________________

________________________________
UNITED STATES DISTRICT JUDGE